Z. Kent Sullivan
BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819
Juneau, Alaska 99803
ph: (907) 789-3166
fax: (907) 789-1913
Attorneys for Plaintiff Brena

**FILED**

DEC 2 0 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____
                          Deputy

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| SHEILA BRENA,<br><br>     Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>DEPARTMENT OF THE INTERIOR,<br>NATIONAL PARK SERVICE,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

COMPLAINT TO QUIET TITLE
Case No. _____

**J 05 - 0 0 18 CV**

COMES NOW Plaintiff, Sheila Brena, by and through her attorneys of record,
Baxter Bruce and Sullivan P.C., and for her complaint against the above-named
Defendant, states and allege as follows:

### PRELIMINARY STATEMENT

1.    This action is brought by Plaintiff Brena for the purpose of quieting title, as

against Defendant, in and to real property Plaintiff owns in Skagway, Alaska. As will be

set forth herein, historically, there have existed numerous deficiencies with the method

and manner in which Plaintiff Brena's property was described and conveyed. Until just

recently, while Plaintiff Brena had a good understanding of where her property was

situated, due to the unusual nature of the historical legal descriptions, the property did not

have a metes and bounds description in relation to adjacent properties. Such a description has now recently been obtained. Defendant owns real property adjacent to Plaintiff Brena. Plaintiff Brena has based her newly created metes and bounds legal description, in part, upon the actual recorded property boundaries of her adjacent landowners, including Defendant in this cause. Plaintiff Brena recognizes that because her newly created metes and bounds legal description is based upon many different sources, Defendant might claim an ownership interest in and to her property which is adverse to her own interest. The present action is intended to place Defendant on notice of this newly created legal description, the circumstances giving rise to it and for Court confirmation that Defendant has no right, title or interest in or to the newly identified parcel of real property.

## PARTIES

2.     Plaintiff is an individual, residing in the United States, and owning property in Skagway, Alaska.

3.     Defendant, United States of America, holds title on behalf of the Department of the Interior, National Park Service, to real property adjacent to Plaintiff Brena's property in Skagway, Alaska.

## JURSIDICTION/VENUE

4.     This Court has jurisdiction over this controversy based upon 28 U.S.C. § 2409(a), as the matter involves adjudication of title to real property in which the United States may claim an interest.

5.      Venue in this district court is proper, pursuant to 28 U.S.C. § 1391, as many

if not all of the allegations against Defendant arose and took place in this district and the

real property which is the subject of this action is located in this district.

## CLAIMS FOR RELIEF

6.      Plaintiff is the fee simple owner of the following described real property in

Skagway, Alaska:

> A certain tract or parcel of land lying and being situated
> within U. S. Survey 435, within Amended U. S. Survey 13,
> and within Tracts C and E of the Official Bureau of Land
> Management Townsite of Skagway Plat of U. S. Survey 435,
> Skagway Recording District, First Judicial District, State of
> Alaska, being more particularly described as follows:
>
> COMMENCING at the centerline intersection of Broadway
> Street and Fifth Avenue; thence S 42° 45' 00" E 235.00 feet;
> thence S 35° 00' 00" E 340.00 feet to a point on the Westerly
> right-of-way limits of the Pacific & Arctic Railway &
> Navigation Company railroad tracks, being 37.50 feet offset
> from the centerline of said railroad tracks and being identical
> to the Southeast corner of the William Moore tract as defined
> in the Decree issued in Cause 73 of the United States District
> Court for the District of Alaska, Division No. 1 on November
> 20, 1901, the same of which was recorded November 22,
> 1901 in Miscellaneous Book 1, at Pages 129 through 134;
> thence along aforementioned right-of-way limits N 40° 20'
> 17" E 162.20 feet to a point on the Southwesterly boundary of
> the tract herein described; thence S 49° 39' 43" E 1.00 foot to
> a point offset at right angle 36.5 feet from the hereinbefore
> described railroad centerline and being the point of beginning
> for this description; thence continuing along said right-of-way
> N 40° 20' 17" E 342.28 feet to the Northeast corner of Tract
> E as denoted by the official Bureau of Land Management
> Townsite of Skagway Plat; thence departing aforementioned
> right-of-way limits along the common boundary of said Tract
> E and the Court House Reserve, N 45° 30' 00" W 143.41

feet; thence departing said common boundary S 44° 30' 00" W 120.00 feet; thence N 45° 30' 00" W 60.00 feet; thence S 44° 30' 00" W 60.00 feet; thence N 45° 30' 00" W 75.00 feet; thence S 44° 30' 00" W 121.00 feet to a point on the Northeast line of the tract conveyed to the United States of America by deed recorded December 19, 1977 in Book 2 at Page 569; thence along said boundary the following courses: S 36° 07' 25" E 130.62 feet; thence S 45° 19' 20" W 31.83 feet; thence departing said boundary along the Southwesterly limits of this tract S 49° 39' 43" E 175.30 feet to the true point and place of beginning.

Containing 75,867 square feet (1.74 acres), more or less.

Together with an easement ten (10) feet in width for ingress, egress and utilities across the following described tract of land in Amended U. S. Survey 13, Skagway Recording District, First Judicial District, State of Alaska, described as:

Commencing at the centerline intersection of Broadway Street and Fifth Avenue; thence S 44° 50' 00" E 225.40 feet; thence S 37° 07' 52" E 158.26 feet to the Southerly most corner of the tract of land conveyed to the United States of America by deed recorded December 19, 1977 in Book 2 at Page 569 being the point of beginning of this description; thence along the Southeast boundary of aforementioned deed, N 45° 19' 20' E 101.56 feet to a point on the Southwesterly boundary of a tract of land hereinbefore described; thence along said boundary S 49° 39' 43" E 10.04 feet; thence departing said boundary S 45° 19' 20" W 119.77 feet thence N 37° 31' 00" 0.63 feet; thence N 44° 40' 40" W 9.37 feet; thence N 45° 19' 20" E 17.27 feet to the point and place of beginning.

Containing 1,193 square feet (0.03 acre), more or less.

The above-described real property is generally identified on attached Exhibit "1" as "Sheila Brena Property: and specifically detailed on the plat attached hereto as Exhibit "2".

7.    Plaintiff Brena acquired her interest in the above-described parcel by a deed, naming Edward D. Pullen as Grantor and Camillo Brena and Sheila Brena, husband and wife as tenants by the entirety, as Grantees, dated May 25, 1966 and recorded December 2, 1968 in Deed Book 16 at Page 369, records of the Skagway Recording District, First Judicial District, State of Alaska, and attached hereto as Exhibit "3." Camillo Brena died August 21, 1968, as evidenced by the Death Certificate attached hereto as Exhibit "4", thereby vesting the entire interest in Plaintiff as the surviving spouse.

8.    The purpose of the present quiet title action is to quiet title to Plaintiff Brena's parcel of real property described above.    Historically, there have existed numerous deficiencies with the method and manner in which the property was described and conveyed.    Among other things, rather than being conveyed by a metes and bounds or aliquot description, the parcel was conveyed, in whole or in part, by historic reference to names, for instance, the "Moore Lot" or the "Pullen Tract."    While such names may have held historical significance, distinctions regarding the specific area of ground such names pertain to are becoming less and less clear.

9.    Until just recently, while Plaintiff had a good understanding of where her property was situated, due to the unusual nature of the historical legal descriptions, the property had never been surveyed in relation to the recorded legal descriptions of adjacent landowners and in order to attribute a precise metes and bounds description to

the Brena property. That has now occurred. The legal description set forth above for the Brena parcel has been determined by reference to the following:

A. recorded legal descriptions of adjacent landowners;

B. the recorded vesting documents of Plaintiff Brena and her predecessors;

C. historical research of both the recorded and unrecorded records pertaining to the City of Skagway; and

D. an actual physical survey of the property's boundaries.

10. The above-referenced survey was completed by R&M Engineering, Inc., in Juneau, Alaska, on or about June 25, 2005. An original copy of that survey is attached hereto as Exhibit "2."

11. Defendant United States of America, Department of the Interior, National Park Service ("NPS"), among other properties, owns the following described real property in Skagway, Alaska:

A tract of land in amended U. S. Survey 13, Skagway Recording District, First Judicial District, State of Alaska, described as:

BEGINNING at a point in Fifth Avenue that bears South 44° 50' East 225.40 feet from the intersection of the centerlines of Broadway and Fifth Avenue; thence from said point of beginning South 37° 07' 52" East 158.26 feet; thence North 45° 19' 20" East 133.39 feet; thence North 36° 07' 25" West 154.80 feet; thence South 47° 30' West 135.72 feet to the point of beginning.

The location of the above-described real property is identified on attached Exhibit "5" and delineated as Parcel J.

12.    The NPS acquired its interest in the above-described parcel by a deed, naming John C. Kirmse and Georgette Kirmse as Grantor and the United States of America as Grantee, dated December 13, 1977 and recorded December 19, 1977 in Book 2 at Page 569, records of the Skagway Recording District, First Judicial District, State of Alaska, and attached hereto as Exhibit "6."

13.    Defendant, NPS, also owns the following described real property in Skagway, Alaska:

> A tract of land in U.S. amended Survey 13, including Lot 3, Block 24, Skaguay according to Plat 1, Skagway Recording District, First Judicial District, State of Alaska, described as:
>
> BEGINNING on the Southwest line of Sixth Avenue, Townsite of Skagway, extended 150.00 feet from the intersection of said line of Sixth Avenue with the Southeast line of Broadway, Townsite of Skagway, extended, run thence Southeasterly, on said line of Sixth Avenue, 75.00 feet; thence Southwest, at right angles, 100.00 feet; thence Southwest, parallel said Sixth Avenue line, 75.00 feet; thence Northeast 100.00 feet to the point of beginning.

The location of the above-described real property is identified on attached Exhibit "5" and delineated as Parcel K.

14.    The NPS acquired its interest in the above-described parcel by a deed, naming John R. Edwards and M. Roberta Edwards as Grantor and the United States of America as Grantee, dated November21, 1977 and recorded November 22, 1977 in Book 2 at Page 536, records of the Skagway Recording District, First Judicial District, State of Alaska, and attached hereto as Exhibit "7."

15.    Any purported statute of limitations potentially available to the NPS, pursuant to 28 U.S.C.A. § 2409(a)(g), did not reasonably begin to run until the above-referenced metes and bounds survey of Plaintiff Brena's parcel was complete, providing Plaintiff with reasonable notice of the nature, bounds, actual legal descriptions, and identity of all parties and parcels involved.

16.    The City of Skagway ("Skagway"), while not named as a party in the present action, will be named as a party in a contemporaneously filed quiet title action in the Superior Court for the First Judicial District, State of Alaska at Juneau. That case is entitled *Brena v. City of Skagway, et al.* As articulated in that action, among other properties, Skagway owns the following described real property in Skagway, Alaska:

> Tract C, Townsite of Skagway, according to the official BLM plat of U. S. Survey 435, Skagway Recording District, First Judicial District, State of Alaska, EXCEPT THEREFROM that part conveyed to H. S. Pullen by deed recorded October 30, 1912 in Deed Book 9 at Page 36.
>
> That portion of Mollie Walsh Park described as Lot 12, Block 23, Townsite of Skagway, according to the official BLM plat of U. S. Survey 435, Skagway Recording District, First Judicial District, State of Alaska.
>
> Those streets adjacent the Brena property commonly known as Sixth Avenue, Skagway, Alaska, and the alley between Sixth Avenue and Fifth Avenue, Skagway, Alaska.

The location of the above-described properties is identified on attached Exhibit "5" and delineated as Parcels B, C, D, and E, respectively.

17.    Skagway lacks recorded color of title but claims a fee simple ownership interest in the above-described parcels by adverse possession.

18.    As articulated in *Brena v. City of Skagway, et al.,* Skagway also owns the

following described real property in Skagway, Alaska:

> Court House Reserve, Townsite of Skagway according to the
> official BLM plat of U. S. Survey 435, Skagway Recording
> District, First Judicial District, State of Alaska.
>
> The Court House Reserve has also been known as the
> Courthouse Lot and described of record as:    That certain
> parcel of land known as the Courthouse Lot as recorded in
> Volume 4, Page 345 through 348 of Deeds, Skagway
> Recording District, First Judicial District, State of Alaska, and
> more particularly described as follows:
>
> Commencing at the Southeast corner of Lot 12, in Block 22
> of the town of Skagway, Alaska, at which corner set a granite
> stone marked beginning corner No. 1, thence S 45degrees W.
> 160 feet distant to set granite stone marked corner No. 2,
> thence S 45 degrees E. 203 feet and 7 inches distant to set
> granite stone marked corner No. 3, thence N 43 degrees E.
> 160 feet and 8inches distant to a set granite stone marked
> corner No. 4, thence N 45 degrees W. 197 feet distant to
> corner No. 1, the place of beginning.

The location of the above-described real property is identified on attached Exhibit "5"

and delineated as Parcel A.

19.    Skagway acquired its interest in the above-identified parcel by a Quitclaim

Deed, naming City of Skagway, as Grantee, dated January 5, 1956, recorded February 25,

1956 in Deed Book 14 at Page 139, records of the Skagway Recording District, First

Judicial District, State of Alaska, and attached hereto as Exhibit "8."

20.    Benevolent and Protective Order of Elks, Skagway Lodge No. 431

("BPOE"), while not named as a party in the present action, will be named as a party in a

contemporaneously filed quiet title action in the Superior Court for the First Judicial

District, State of Alaska at Juneau. That case is entitled *Brena v. City of Skagway, et al.*

As articulated in that action, among other properties, BPOE owns the following described

real property in Skagway, Alaska:

> Tract C, Townsite of Skagway, according to the official BLM
> plat of U. S. Survey 435, Skagway Recording District, First
> Judicial District, State of Alaska, EXCEPT THEREFROM
> that part conveyed to H. S. Pullen by deed recorded October
> 30, 1912 in Deed Book 9 at Page 36.

The location of the above-described real property is identified on attached Exhibit "5"

and delineated as Parcel B.

21.    As articulated in *Brena v. City of Skagway, et al.,* BPOE acquired its

interest in the above-identified parcel by a Townsite Trustee's Deed, naming Trustees of

Skagway Lodge No. 431 Benevolent and Protective Order of Elks, as Grantee, dated

April 9, 1910, recorded April 22, 1910 in Deed Book 1 at Page 223, records of the

Skagway Recording District, First Judicial District, State of Alaska, and attached hereto

as Exhibit "9."

22.    Pacific and Arctic Railway and Navigation Company ("PARN"), while not

named as a party in the present action, will be named as a party in a contemporaneously

filed quiet title action in the Superior Court for the First Judicial District, State of Alaska

at Juneau. That case is entitled *Brena v. City of Skagway, et al.* As articulated in that

action, among other properties, PARN owns the following described real property in

Skagway, Alaska:

> That tract of land 60 feet in width, 23.5 feet on the right or
> Easterly side and 36.5 feet on the left or Westerly side of the

located center line of the Pacific and Arctic Railway and Navigation Company's Rail Road survey between Sta.52+53.8 and Sta. 41+00 said center line being described as follows:

BEGINNING at Sta. 52+53.8; thence N 27° 58' E 339.8 feet to Sta. 55+93.6; thence Northerly along a curve to the right of 1,432.69 feet radius 298.3 feet to Sta. 58+91.9, which Sta. 58+91.9 equals Sta. 33+54.5; thence N 39° 54' E 745 feet to Sta. 41+00, except that from Sta. 53+20 to Sta. 54+50 a width of only eighteen feet on the left, or westerly side is prayed for and containing 1.851 acres, all being within the District of Alaska, and

Tract B, Townsite of Skagway, according to the official BLM plat of U. S. Survey 435, Skagway Recording District, First Judicial District, State of Alaska.

The locations of the above-described real property are identified on attached Exhibit "5" and delineated as Parcels F and G.

23.    As articulated in *Brena v. City of Skagway, et al.,* PARN acquired its interest in the above-described parcels by an order of condemnation in a case entitled, Pacific & Arctic Railway & Navigation Company vs. J. Bernard Moore, dated October 24, 1898, being Case No. 769 of the U. S. District Court for the District of Alaska, Division No. 1, and by Trustee's Deed naming Martin Hansen, Trustee for the Bureau of Land Management, as Grantor and Pacific and Arctic Railway and Navigation Co., as Grantee, dated July 26, 2000, recorded November 14, 2000 in Deed Book 12 at Page 609, records of the Skagway Recording District, First Judicial District, State of Alaska, and attached hereto as Exhibit "10" and Exhibit "11", respectively.

24.     Alaska Power Company ("APC"), while not named as a party in the present

action, will be named as a party in a contemporaneously filed quiet title action in the

Superior Court for the First Judicial District, State of Alaska at Juneau.  That case is

entitled *Brena v. City of Skagway, et al.*  As articulated in that action, among other

properties, APC owns the following described real property in Skagway, Alaska:

> A portion of the J. Bernard Moore homestead, particularly
> described as follows, to-wit:  a tract of land situated in the
> southeastern corner of said J. Bernard Moore homestead tract
> or lot, as the same appears on the plat of the Town of
> Skagway, Alaska, made by Frank H. Reid and W. E.
> Thibeadeau, and adopted by the council of the town on March
> 8, 1898, beginning at the southeast corner of said lot at a
> point distant 37.5 feet, more or less, from the centerline of the
> White Pass & Yukon Railroads right of way; thence along
> said right of way North 39° 57' East 122.2 feet; thence at
> right angles North 50° 3' West 100.00 feet; thence at right
> angles South 39° 57' West 100.00 feet; thence South 37° 31'
> East 102.4 feet to the point of beginning.

The location of the above-described real property is identified on attached Exhibit "5"

and delineated as Parcel H.

25.     As articulated in *Brena v. City of Skagway, et al.,* APC acquired its interest

in the above-identified parcel by a Trustee's Deed of Real Estate and Bill of Sale, naming

Richard D. Harris, as Trustee in reorganization under Chapter I of the Bankruptcy Act of

Alaska Telephone Corporation, Debtor, as Grantor and Community Utilities, Inc., as

Grantee, dated April 14, 1957, recorded May 18, 1957 in Deed Book 14 at Page 161,

records of the Skagway Recording District, First Judicial District, State of Alaska, and

attached hereto as Exhibit "12."  As evidenced by a copy of the records maintained by the



Division of Banking, Securities and Corporations of the Alaska Department of Commerce, Community and Economic Development, a copy of which is attached hereto as Exhibit "13", through a succession of corporate mergers, APC succeeded to the interest of Community Utilities, Inc.

26.    As articulated in *Brena v. City of Skagway, et al.,* APC also owns the following described real property in Skagway, Alaska:

> A portion of the J. Bernard Moore Homestead, particularly described as follows, to-wit: A tract of land situated in the southeastern corner of said J. Bernard Moore's homestead tract or lot, as the same appears by the plat of the City of Skagway, Alaska, made by Frank H. Reid and W. E. Thibeadeau, and adopted by the council of said city on March 8, 1898. Starting at the southeast corner of said Moore's tract or lot, at a point distance of 37.5 feet more or less from the center line of the White Pass and Yukon Railroads right-of-way, thence along said right-of-way N 39 deg. 57 min E 122.2 feet to the place of beginning: thence along said right-of-way N 39 deg. 57 min. E 40 feet; thence at right angles N 50 deg. 3 min. W. 175 feet; thence at right angles S 39 deg. 57 min. W 118 feet; thence S 37 deg. 31 min. E 76.8 feet; thence N 39 deg. 57 min. E 100 feet; thence at right angles S 50 deg. 3 min. E 100 feet to the place of beginning; excepting and reserving on-to the grantor the right of egress and ingress across the Westerly 10 feet of said parcel of land.

The location of the above-described real property is identified on attached Exhibit "5" and delineated as Parcel I. The conveyance of the above-described real property reserved unto the predecessor of Plaintiff Brena an easement for egress and ingress across the Westerly 10 feet.

27.    As articulated in *Brena v. City of Skagway, et al.,* APC acquired its interest in the above-identified parcel by a deed, naming Edward D. Pullen as Grantor and

Community Utilities, Inc. as Grantee, dated May 12, 1960, recorded May 25, 1960 in

Deed Book 14 at Page 253, records of the Skagway Recording District, First Judicial

District, State of Alaska, and attached hereto as Exhibit "14." As evidenced by a copy of

the records maintained by the Division of Banking, Securities and Corporations of the

Alaska Department of Commerce, Community and Economic Development, a copy of

which is attached hereto as Exhibit "13", through a succession of corporate mergers, APC

succeeded to the interest of Community Utilities.

28.    Since the time that APC acquired title to the real properties described

Paragraphs 24 and 26 above (Parcels H and I of Exhibit "5"), APC has created further

interests in portions of those properties as follows:

A.    AP & T Wireless, Inc., is a corporation organized and existing

pursuant to the laws of the State of Alaska. Among other properties, AP & T

Wireless, Inc., purports to own the following described real property in Skagway,

Alaska:

> A tract of land in U. S. Amended Survey 13, Skagway
> Recording District, First Judicial District, State of
> Alaska, described as:
>
> Begin at the intersection of the center lines of Fifth
> Avenue and Broadway, Townsite of Skagway, both
> extended, run thence South 42° 45' East 235 feet;
> thence South 35° 00' East 268.16 feet to the true point
> o beginning; thence South 39° 57' West 45.28 feet;
> thence at right angles, South 50° 03' East 36.00 feet;
> thence at right angles North 39° 57' East 48.00 feet;
> thence at right angles, North 50° 03' West 36.00 feet;
> thence at right angles, South 39° 57' West 2.72 feet to
> the true point of beginning, and

A tract of land in U. S. Amended Survey 13, Skagway Recording District, First Judicial District, State of Alaska, described as:

Begin at the Intersection of the center lines of Fifth Avenue and Broadway, Townsite of Skagway, both extended, run thence South 42° 45' East 235 feet; thence South 35° 00' East 192.16 feet to the true point of beginning; thence South 50° 03' East 52.80 feet; thence at right angles, North 39° 57' East 52.80 feet; thence at right angles, North 50° 03' West 84.80 feet; thence at right angles, South 39° 57' West 44.15 feet; thence South 35° 00' East 33.28 feet to the true point of beginning, and

Pullen Tract, Section 12, Townsite 28 South, Range 59 East, Copper River Meridian, Skagway Recording District, First Judicial District, State of Alaska.

AP & T Wireless, Inc.'s, purported interest in the above-identified parcel is disclosed by a real estate deed of trust, naming AP & T Wireless, Inc. as Trustor and CoBANK, ACB as Beneficiary, dated August 1, 2003, recorded August 21, 2003 at Serial No. 2003-000331-0, as amended by instrument recorded November 18, 2003 at Serial No. 2003-000443-0, records of the Skagway Recording District, First Judicial District, State of Alaska, and a partial copy being attached hereto as Exhibit "15."

B.    Bettles Telephone, Inc., is a corporation organized and existing pursuant to the laws of the State of Alaska.  Among other properties, Bettles Telephone, Inc., purports to own the following described real property in Skagway, Alaska:

A tract of land in U. S. Amended Survey 13, Skagway Recording District, First Judicial District, State of Alaska, described as:

Begin at the intersection of the center lines of Fifth Avenue and Broadway, Townsite of Skagway, both extended, run thence South 42° 45' East 235 feet; thence South 35° 00' East 268.16 feet to the true point o beginning; thence South 39° 57' West 45.28 feet; thence at right angles, South 50° 03' East 36.00 feet; thence at right angles North 39° 57' East 48.00 feet; thence at right angles, North 50° 03' West 36.00 feet; thence at right angles, South 39° 57' West 2.72 feet to the true point of beginning, and

A tract of land in U. S. Amended Survey 13, Skagway Recording District, First Judicial District, State of Alaska, described as:

Begin at the Intersection of the center lines of Fifth Avenue and Broadway, Townsite of Skagway, both extended, run thence South 42° 45' East 235 feet; thence South 35° 00' East 192.16 feet to the true point of beginning; thence South 50° 03' East 52.80 feet; thence at right angles, North 39° 57' East 52.80 feet; thence at right angles, North 50° 03' West 84.80 feet; thence at right angles, South 39° 57' West 44.15 feet; thence South 35° 00' East 33.28 feet to the true point of beginning, and

Pullen Tract, Section 12, Townsite 28 South, Range 59 East, Copper River Meridian, Skagway Recording District, First Judicial District, State of Alaska.

Bettles Telephone, Inc.'s, purported interest in the above-identified parcel is

disclosed by a real estate deed of trust, naming Bettles Telephone, Inc., as Trustor

and CoBANK, ACB as Beneficiary, dated August 1, 2003, recorded August 21,

2003 at Serial No. 2003-000332-0, as amended by instrument recorded November

18, 2003 at Serial No. 2003-000441-0, records of the Skagway Recording District,

First Judicial District, State of Alaska, and a partial copy being attached hereto as

Exhibit "16."

  C. AP & T Long Distance, Inc., is a corporation organized and existing

pursuant to the laws of the State of Alaska. Among other properties, AP & T

Long Distance, Inc., purports to own the following described real property in

Skagway, Alaska:

> A tract of land in U. S. Amended Survey 13, Skagway
> Recording District, First Judicial District, State of
> Alaska, described as:
>
> Begin at the intersection of the center lines of Fifth
> Avenue and Broadway, Townsite of Skagway, both
> extended, run thence South 42° 45' East 235 feet;
> thence South 35° 00' East 268.16 feet to the true point
> o beginning; thence South 39° 57' West 45.28 feet;
> thence at right angles, South 50° 03' East 36.00 feet;
> thence at right angles North 39° 57' East 48.00 feet;
> thence at right angles, North 50° 03' West 36.00 feet;
> thence at right angles, South 39° 57' West 2.72 feet to
> the true point of beginning, and
>
> A tract of land in U. S. Amended Survey 13, Skagway
> Recording District, First Judicial District, State of
> Alaska, described as:
>
> Begin at the Intersection of the center lines of Fifth
> Avenue and Broadway, Townsite of Skagway, both
> extended, run thence South 42° 45' East 235 feet;
> thence South 35° 00' East 192.16 feet to the true point
> of beginning; thence South 50° 03' East 52.80 feet;
> thence at right angles, North 39° 57' East 52.80 feet;
> thence at right angles, North 50° 03' West 84.80 feet;
> thence at right angles, South 39° 57' West 44.15 feet;

thence South 35° 00' East 33.28 feet to the true point
of beginning, and

Pullen Tract, Section 12, Townsite 28 South, Range 59
East, Copper River Meridian, Skagway Recording
District, First Judicial District, State of Alaska.

AP & T Long Distance, Inc.'s, purported interest in the above-identified parcel is

disclosed by a real estate deed of trust, naming AP & T Long Distance, Inc., as

Trustor and CoBANK, ACB as Beneficiary, dated August 1, 2003, recorded

August 21, 2003 at Serial No. 2003-000333-0, as amended by instrument recorded

November 18, 2003 at Serial No. 2003-000444-0, records of the Skagway

Recording District, First Judicial District, State of Alaska, and a partial copy being

attached hereto as Exhibit "17."

D.     BBL Hydro, Inc., is a corporation organized and existing pursuant to

the laws of the State of Alaska.   Among other properties, BBL Hydro, Inc.,

purports to own the following described real property in Skagway, Alaska:

A tract of land in U. S. Amended Survey 13, Skagway
Recording District, First Judicial District, State of
Alaska, described as:

Begin at the intersection of the center lines of Fifth
Avenue and Broadway, Townsite of Skagway, both
extended, run thence South 42° 45' East 235 feet; thence
South 35° 00' East 268.16 feet to the true point o
beginning; thence South 39° 57' West 45.28 feet; thence
at right angles, South 50° 03' East 36.00 feet; thence at
right angles North 39° 57' East 48.00 feet; thence at
right angles, North 50° 03' West 36.00 feet; thence at
right angles, South 39° 57' West 2.72 feet to the true
point of beginning, and

A tract of land in U. S. Amended Survey 13, Skagway Recording District, First Judicial District, State of Alaska, described as:

Begin at the Intersection of the center lines of Fifth Avenue and Broadway, Townsite of Skagway, both extended, run thence South 42° 45' East 235 feet; thence South 35° 00' East 192.16 feet to the true point of beginning; thence South 50° 03' East 52.80 feet; thence at right angles, North 39° 57' East 52.80 feet; thence at right angles, North 50° 03' West 84.80 feet; thence at right angles, South 39° 57' West 44.15 feet; thence South 35° 00' East 33.28 feet to the true point of beginning, and

Pullen Tract, Section 12, Townsite 28 South, Range 59 East, Copper River Meridian, Skagway Recording District, First Judicial District, State of Alaska.

BBL Hydro, Inc.'s, purported interest in the above-identified parcel is disclosed by a real estate deed of trust, naming BBL Hydro, Inc., as Trustor and CoBANK, ACB as Beneficiary, dated August 1, 2003, recorded August 21, 2003 at Serial No. 2003-000334-0, as amended by instrument recorded November 18, 2003 at Serial No. 2003-000442-0, records of the Skagway Recording District, First Judicial District, State of Alaska, and a partial copy being attached hereto as Exhibit "18."

E.    North Country Telephone, Inc., is a corporation organized and existing pursuant to the laws of the State of Alaska. Among other properties, North Country Telephone, Inc., purports to own the following described real property in Skagway, Alaska:

A tract of land in U. S. Amended Survey 13, Skagway Recording District, First Judicial District, State of Alaska, described as:

Begin at the intersection of the center lines of Fifth Avenue and Broadway, Townsite of Skagway, both extended, run thence South 42° 45' East 235 feet; thence South 35° 00' East 268.16 feet to the true point o beginning; thence South 39° 57' West 45.28 feet; thence at right angles, South 50° 03' East 36.00 feet; thence at right angles North 39° 57' East 48.00 feet; thence at right angles, North 50° 03' West 36.00 feet; thence at right angles, South 39° 57' West 2.72 feet to the true point of beginning, and

A tract of land in U. S. Amended Survey 13, Skagway Recording District, First Judicial District, State of Alaska, described as:

Begin at the Intersection of the center lines of Fifth Avenue and Broadway, Townsite of Skagway, both extended, run thence South 42° 45' East 235 feet; thence South 35° 00' East 192.16 feet to the true point of beginning; thence South 50° 03' East 52.80 feet; thence at right angles, North 39° 57' East 52.80 feet; thence at right angles, North 50° 03' West 84.80 feet; thence at right angles, South 39° 57' West 44.15 feet; thence South 35° 00' East 33.28 feet to the true point of beginning, and

Pullen Tract, Section 12, Townsite 28 South, Range 59 East, Copper River Meridian, Skagway Recording District, First Judicial District, State of Alaska.

North Country Telephone, Inc.'s, purported interest in the above-identified parcel

is disclosed by a real estate deed of trust, naming North Country Telephone, Inc.,

as Trustor and CoBANK, ACB as Beneficiary, dated August 1, 2003, recorded

August 21, 2003 at Serial No. 2003-000335-0, as amended by instrument recorded

November 18, 2003 at Serial No. 2003-000440-0, records of the Skagway



Recording District, First Judicial District, State of Alaska, and a partial copy being attached hereto as Exhibit "19."

F. Alaska Power and Telephone Company, Inc., is a corporation organized and existing pursuant to the laws of the State of Alaska. Among other properties, Alaska Power and Telephone Company, Inc., purports to own the following described real property in Skagway, Alaska:

> A tract of land in U. S. Amended Survey 13, Skagway Recording District, First Judicial District, State of Alaska, described as:
>
> Begin at the intersection of the center lines of Fifth Avenue and Broadway, Townsite of Skagway, both extended, run thence South 42° 45' East 235 feet; thence South 35° 00' East 268.16 feet to the true point o beginning; thence South 39° 57' West 45.28 feet; thence at right angles, South 50° 03' East 36.00 feet; thence at right angles North 39° 57' East 48.00 feet; thence at right angles, North 50° 03' West 36.00 feet; thence at right angles, South 39° 57' West 2.72 feet to the true point of beginning, and
>
> A tract of land in U. S. Amended Survey 13, Skagway Recording District, First Judicial District, State of Alaska, described as:
>
> Begin at the Intersection of the center lines of Fifth Avenue and Broadway, Townsite of Skagway, both extended, run thence South 42° 45' East 235 feet; thence South 35° 00' East 192.16 feet to the true point of beginning; thence South 50° 03' East 52.80 feet; thence at right angles, North 39° 57' East 52.80 feet; thence at right angles, North 50° 03' West 84.80 feet; thence at right angles, South 39° 57' West 44.15 feet; thence South 35° 00' East 33.28 feet to the true point of beginning, and

Pullen Tract, Section 12, Townsite 28 South, Range 59
East, Copper River Meridian, Skagway Recording
District, First Judicial District, State of Alaska.

Alaska Power and Telephone Company, Inc.'s, purported interest in the above-
identified parcel is disclosed by a real estate deed of trust, naming Alaska Power
and Telephone Company, Inc., as Trustor and CoBANK, ACB as Beneficiary,
dated August 1, 2003, recorded August 21, 2003 at Serial No. 2003-000337-0, as
amended by instrument recorded November 18, 2003 at Serial No. 2003-000447-
0, records of the Skagway Recording District, First Judicial District, State of
Alaska, and a partial copy being attached hereto as Exhibit "20."

      G.    Alaska Telephone Company, Inc., is a corporation organized and
existing pursuant to the laws of the State of Alaska. Among other properties,
Alaska Telephone Company, Inc., purports to own the following described real
property in Skagway, Alaska:

A tract of land in U. S. Amended Survey 13, Skagway
Recording District, First Judicial District, State of
Alaska, described as:

Begin at the intersection of the center lines of Fifth
Avenue and Broadway, Townsite of Skagway, both
extended, run thence South 42° 45' East 235 feet;
thence South 35° 00' East 268.16 feet to the true point
o beginning; thence South 39° 57' West 45.28 feet;
thence at right angles, South 50° 03' East 36.00 feet;
thence at right angles North 39° 57' East 48.00 feet;
thence at right angles, North 50° 03' West 36.00 feet;
thence at right angles, South 39° 57' West 2.72 feet to
the true point of beginning, and

A tract of land in U. S. Amended Survey 13, Skagway
Recording District, First Judicial District, State of
Alaska, described as:

Begin at the Intersection of the center lines of Fifth
Avenue and Broadway, Townsite of Skagway, both
extended, run thence South 42° 45' East 235 feet;
thence South 35° 00' East 192.16 feet to the true point
of beginning; thence South 50° 03' East 52.80 feet;
thence at right angles, North 39° 57' East 52.80 feet;
thence at right angles, North 50° 03' West 84.80 feet;
thence at right angles, South 39° 57' West 44.15 feet;
thence South 35° 00' East 33.28 feet to the true point
of beginning, and

Pullen Tract, Section 12, Townsite 28 South, Range 59
East, Copper River Meridian, Skagway Recording
District, First Judicial District, State of Alaska.

Alaska Telephone Company, Inc.'s, purported interest in the above-identified
parcel is disclosed by a real estate deed of trust, naming Alaska Telephone
Company, Inc., as Trustor and CoBANK, ACB as Beneficiary, dated August 1,
2003, recorded August 21, 2003 at Serial No. 2003-000338-0, as amended by
instrument recorded November 18, 2003 at Serial No. 2003-000445-0, records of
the Skagway Recording District, First Judicial District, State of Alaska, and a
partial copy being attached hereto as Exhibit "21."

H.    CoBANK, ACB, is a federally chartered instrumentality of the
United States.  Among other properties, CoBANK, ACB, has a beneficial interest
in the following described real property in Skagway, Alaska:

A tract of land in U. S. Amended Survey 13, Skagway
Recording District, First Judicial District, State of
Alaska, described as:

Begin at the intersection of the center lines of Fifth Avenue and Broadway, Townsite of Skagway, both extended, run thence South 42° 45' East 235 feet; thence South 35° 00' East 268.16 feet to the true point o beginning; thence South 39° 57' West 45.28 feet; thence at right angles, South 50° 03' East 36.00 feet; thence at right angles North 39° 57' East 48.00 feet; thence at right angles, North 50° 03' West 36.00 feet; thence at right angles, South 39° 57' West 2.72 feet to the true point of beginning, and

A tract of land in U. S. Amended Survey 13, Skagway Recording District, First Judicial District, State of Alaska, described as:

Begin at the Intersection of the center lines of Fifth Avenue and Broadway, Townsite of Skagway, both extended, run thence South 42° 45' East 235 feet; thence South 35° 00' East 192.16 feet to the true point of beginning; thence South 50° 03' East 52.80 feet; thence at right angles, North 39° 57' East 52.80 feet; thence at right angles, North 50° 03' West 84.80 feet; thence at right angles, South 39° 57' West 44.15 feet; thence South 35° 00' East 33.28 feet to the true point of beginning, and

Pullen Tract, Section 12, Townsite 28 South, Range 59 East, Copper River Meridian, Skagway Recording District, First Judicial District, State of Alaska.

CoBANK, ACB's beneficial interest in the above-identified parcel is disclosed by

real estate deeds of trust described as follows:

| Named Trustor | Recording Information |
|---|---|
| Alaska Power Company | February 27, 1995 in Book 8 at Page 149, and mesne amendments thereto. |
| Alaska Power Company | October 30, 2001 in Book 12 at Page 558, and mesne amendments thereto. |
| Alaska Power Company | September 17, 2001 in Book 13 at Page 492, and mesne amendment thereto. |

| Alaska Power Company | August 21, 2003 at Serial No. 2003-000336-0 and amendments thereto |
| AP & T Wireless, Inc. | August 21, 2003 at Serial No. 2003-000331-0 and amendments thereto |
| Bettles Telephone, Inc. | August 21, 2003 at Serial No. 2003-000332-0 and amendments thereto |
| AP &T Long Distance, Inc. | August 21, 2003 at Serial No. 2003-000333-0 and amendments thereto |
| BBL Hydro, Inc. | August 21, 2003 at Serial No. 2003-000334-0 and amendments thereto |
| North Country Telephone, Inc. | August 21, 2003 at Serial No. 2003-000335-0 and amendments thereto |
| Alaska Power and Telephone Company | August 21, 2003 at Serial No. 2003-000337-0 and amendments thereto |
| Alaska Telephone Company | August 21, 2003 at Serial No. 2003-000338-0 and amendments thereto |

All located in the records of the Skagway Recording District, First Judicial District, State of Alaska. A partial copy of the Deeds of Trust recorded February 27, 1995 in Book 8 at Page 149, October 30, 2000 in Book 12 at Page 558, September 17, 2001 in Book 13 at Page 492, and August 21, 2003 at Serial No. 2003-000336-0, are attached hereto as Exhibit "22", Exhibit "23", Exhibit "24", and Exhibit "25" respectively, and the other Deeds of Trust having been previously attached hereto.

## COUNT I - OWNERSHIP BASED UPON FLAWED LEGAL DESCRIPTION

29.    Plaintiff Brena re-alleges Paragraphs 1 through 28 above.

30.    Based upon the above-referenced deeds, documentation, research, and findings, Plaintiff asserts that irrespective of the technical deficiencies, shortcomings and omissions potentially contained in the legal descriptions historically utilized by her predecessors, it was their intent to transfer, through various *mesne* conveyances, the real

property now accurately described by the metes and bounds description in Paragraph 6. Plaintiff further asserts that any errors or omissions in the legal descriptions utilized by her predecessors were unintentional and inadvertent. Based upon such conveyances, Plaintiff is now the sole owner of the real property described in Paragraph 6.

31.    Defendant, NPS, is identified in this action, together with Skagway, PARN and APC in the quiet title action in the Superior Court for the First Judicial District, State of Alaska at Juneau, entitled *Brena v. City of Skagway, et al.*, because they all have recorded interests in property directly adjacent to the newly described Brena parcel. As such, these entities may claim an ownership interest in and to the subject property which is adverse and/or contrary to Plaintiff Brena's interest. Whatever claims these entities' may assert in and to the subject property are inferior to the claims and interests of Plaintiff Brena.

32.    The bearings and courses used in the Plaintiff's description all coincide with the adjacent boundaries of Defendant, NPS, and together with Skagway, PARN and APC in the quiet title action in the Superior Court for the First Judicial District, State of Alaska at Juneau, entitled *Brena v. City of Skagway, et al.*, Plaintiff's bearings and courses all going to the recorded calls in their respective deeds on all adjacent boundaries as delineated on Exhibit 5. As a result thereof, whatever claims NPS, Skagway, PARN and APC may assert in and to the Brena property are without merit.

33.    In conformance with the intent of the Order of Condemnation attached hereto as Exhibit 10, the bearings and courses used in the Plaintiff's description as it

relates to the PARN boundary are on a bearing 36.5 feet Westerly of the surveyed centerline of the rail road tracks as they were actually located at the time of survey by R & M Engineering as delineated on Exhibit 2. As a result thereof, whatever claims PARN may assert in and to the Brena property are without merit.

34.    The conveyance by the Warranty Deed attached hereto as Exhibit "14" (Parcel I of Exhibit 5), reserved unto the predecessor of Plaintiff Brena an easement for egress and ingress across the Westerly 10 feet. Parcel I of Exhibit 5 shows the configuration of the APC tract as conveyed in the deed attached hereto as Exhibit "14", the result of which leaves the white hatched triangular portion of the 10 foot easement vested of record in Plaintiff Brena as the successor in interest of Edward Pullen. Although fee simple title of the white hatched triangular portion of the easement remains vested in Plaintiff Brena, Plaintiff Brena recognizes the intent of the conveyance to APC and the subsequent rights of APC by adverse possession to said strip. As a result thereof, Plaintiff Brena, in conformance with the intent of the Warranty Deed attached hereto as Exhibit 12, has shown the easement as delineated on Exhibits 1, 2 and 5. Plaintiff Brena does not intend to dispute any claim by APC that it may have for ownership by adverse possession in and to this triangular hatched portion shown on Exhibits 1, 2 and 5.

35.    Plaintiff Brena has named as parties in the quiet title action in the Superior Court for the First Judicial District, State of Alaska at Juneau, entitled *Brena v. City of Skagway, et al.*, the Estate of Ernest Collins, the unknown heirs of the Estate of Ernest Collins, the Estate of David Fulton, the unknown heirs of the Estate of David Fulton,

Alaskan and Northwestern Territories Trading Company, a West Virginia Corporation, Edward D. Pullen, and/or the Estate of Edward D. Pullen, and/or the unknown heirs of the Estate of Edward D. Pullen, the Estate of Harriet S. Pullen, a/k/a H.S. Pullen, and/or the unknown heirs of the Estate of Harriet S. Pullen, a/k/a H. S. Pullen, William Henry Shoemaker, and/or the unknown heirs of the Estate of William Henry Shoemaker, the Estate of William Moore, and/or the unknown heirs of the Estate of William Moore, the Estate of Henrika Moore, and/or the unknown heirs of the Estate of Henrika Moore, the Estate of J. Bernard Moore, Jr., and/or the unknown heirs of the Estate of J. Bernard Moore, Jr., the Estate of Edith Moore, and/or the unknown heirs of the Estate of Edith Moore, the Estate of Flora Moore, and/or the unknown heirs of the Estate of Flora Moore, the Estate of J. Bernard Moore, and/or the unknown heirs of the Estate of J. Bernard Moore, Beneficial Finance Co. of Alaska, a Delaware corporation, and all unknown persons or entities, as Defendants in this action because these persons or entities were the last known record owners of title, other than Plaintiff Brena, to all or portions of the real property situated within the metes and bounds description contained in Paragraph 6. Due to apparent oversights in the legal descriptions utilized by the above-named individuals and entities, portions of the real property described in Paragraph 6 may remain in the names of these individuals, entities, their heirs, successors or devisees, many of whom, the exact location and identity of which are unknown. For the reasons set forth above, Plaintiff's claims in and to the subject property are superior to any and all claims of these known and unknown parties.

36.     Plaintiff Brena has named as a party in the quiet title action in the Superior Court for the First Judicial District, State of Alaska at Juneau, entitled *Brena v. City of Skagway, et al.*, the City of Skagway as the result of a Judgment and Decree issued in a tax foreclosure in Civil Action No. 72-170 of the Superior Court for the State of Alaska, First Judicial District at Juneau, a copy of which is attached hereto as Exhibit "26". Plaintiff has paid all delinquent taxes due and owing to the City of Skagway. Plaintiff's claims in and to the subject property are superior to any and all claims of the City of Skagway for delinquent real property taxes.

37.     Plaintiff Brena seeks to quiet title to the subject property in her name in order to correct any cloud or ambiguity created by the legal descriptions historically used to transfer title to the real property now described by metes and bounds in Paragraph 6.

WHEREFORE, Plaintiff prays that this Court will:

A.     Issue a judgment and decree quieting title in favor of the Plaintiff for that real property described as:

> A certain tract or parcel of land lying and being situate within U. S. Survey 435, within Amended U. S. Survey 13, and within Tracts C and E of the Official Bureau of Land Management Townsite of Skagway Plat of U. S. Survey 435, Skagway Recording District, First Judicial District, State of Alaska, being more particularly described as follows:
>
> COMMENCING at the centerline intersection of Broadway Street and Fifth Avenue; thence S 42° 45' 00" E 235.00 feet; thence S 35° 00' 00" E 340.00 feet to a point on the Westerly right-of-way limits of the Pacific & Arctic Railway & Navigation Company railroad tracts, being 37.50 feet offset from the

centerline of said railroad tracts and being identical to the Southeast corner of the William Moore tract as defined in the Decree issued in Cause 73 of the United States District Court for the District of Alaska, Division No. 1 on November 20, 1901, the same of which was recorded November 22, 1901 in Book ___ [indiscernible] at Pages 129 through 134; thence along aforementioned right-of-way limits N 40° 20' 17" E 162.20 feet to a point on the Southwesterly boundary of the tract herein described; thence S 49° 39' 43" E 1.00 foot to a point offset at right angle 36.5 feet from the hereinbefore described railroad centerline and being the point of beginning for this description; thence continuing along said right-of-way N 40° 20' 17" E 342.28 feet to the Northeast corner of Tract E as denoted by the official Bureau of Land Management Townsite of Skagway Plat; thence departing aforementioned right-of-way limits along the common boundary of said Tract E and the Court House Reserve, N 45° 30' 00" W 143.41 feet; thence departing said common boundary S 44° 30' 00" W 120.00 feet; thence N 45° 30' 00" W 60.00 feet; thence S 44° 30' 00" W 60.00 feet; thence N 45° 30' 00" W 75.00 feet; thence S 44° 30' 00" W 121.00 feet to a point on the Northeast line of the tract conveyed to the United States of America by deed recorded December 19, 1977 in Book 2 at Page 569; thence along said boundary the following courses: S 36° 07' 25" E 130.62 feet; thence S 45° 19' 20" W 31.83 feet; thence departing said boundary along the Southwesterly limits of this tract S 49° 39' 43" E 175.30 feet to the true point and place of beginning.

Containing 75,867 square feet (1.74 acres), more or less.

Together with an easement ten (10) feet in width for ingress, egress and utilities across the following described tract of land in Amended U. S. Survey 13, Skagway Recording District, First Judicial District, State of Alaska, described as:

Commencing at the centerline intersection of Broadway Street and Fifth Avenue; thence S 44° 50' 00" E 225.40 feet; thence S 37° 07' 52" E 158.26 feet to the Southerly most corner of the tract of land conveyed to the United States of America by deed recorded December 19, 1977 in Book 2 at Page 569 being the point of beginning of this description; thence along the Southeast boundary of aforementioned deed, N 45° 19' 20' E 101.56 feet to a point on the Southwesterly boundary of a tract of land hereinbefore described; thence along said boundary S 49° 39' 43" E 10.04 feet; thence departing said boundary S 45° 19' 20" W 119.77 feet thence N 37° 31' 00" 0.63 feet; thence N 44° 40' 40" W 9.37 feet; thence N 45° 19' 20" E 17.27 feet to the point and place of beginning.

Containing 1,193 square feet (0.03 acre), more or less.

Subject to reservations in the U. S. Patent.

B.    For an order and decree from the Court decreeing that the Defendant, NPS', claims in and to title to the real property described in Paragraph A above are without any right whatsoever, and that Defendant, NPS, has no estate, right, title, liens, easements, rights-of-way, or interest in the subject property or any part of the subject property.

C.    For such other and further relief as the Court may deem just and appropriate.

DATED this **20ᵗʰ** day of December, 2005.

BAXTER BRUCE & SULLIVAN P.C.

By _____
Z. Kent Sullivan ABA No. 0105038
Attorneys for Plaintiff Brena

*Brena v. U.S.*; Case No. JU05-_____ CV
Complaint to Quiet Title
Page 31 of 35

## EXHIBITS - TABLE OF CONTENTS
### *Brena v. U.S.*

Exhibit "1" -    Brena Tract Boundary and surrounding parcels, described by owner name.

Exhibit "2" -    Physical survey of the Brena property's boundaries, completed by R&M Engineering, Inc., in Juneau, Alaska, on or about June 25, 2005.

Exhibit "3" -    Statutory Warranty Deed, Edward D. Pullen, Grantor, to Camillo and Sheila Brena, Grantees, dated May 25, 1966 and recorded December 2, 1968 in Deed Book 16 at Page 369, records of the Skagway Recording District, First Judicial District, State of Alaska.

Exhibit "4" -    Death Certificate of Camillo M. Brena, Date of Death, August 21, 1968.

Exhibit "5" -    Brena Tract Boundary and surrounding parcels, described by parcel letter.

Exhibit "6" -    Statutory Warranty Deed, John C. Kirmse and Georgette Kirmse Grantors, and the United States of America as Grantee, dated December 13, 1977 and recorded December 19, 1977 in Book 2 at Page 569, records of the Skagway Recording District, First Judicial District, State of Alaska.

Exhibit "7" -    Statutory Warranty Deed, John R. Edwards and M. Roberta Edwards, Grantors, and the United States of America as Grantee, dated November21, 1977 and recorded November 22, 1977 in Book 2 at Page 536, records of the Skagway Recording District, First Judicial District, State of Alaska.

Exhibit "8" -    Quitclaim Deed, naming City of Skagway as Grantee, dated January 5, 1956, recorded February 25, 1956 in Deed Book 14 at Page 139, records of the Skagway Recording District, First Judicial District, State of Alaska.

Exhibit "9" -    Townsite Trustee's Deed, naming Trustees of Skagway Lodge No. 431 Benevolent and Protective Order of Elks, as Grantee, dated April 9, 1910, recorded April 22, 1910 in Deed Book 1 at Page 223, records of the Skagway Recording District, First Judicial District, State of Alaska.

Exhibit "10" -    Order of Condemnation in a case entitled, Pacific & Arctic Railway & Navigation Company vs. J. Bernard Moore, dated October 24, 1898, being Case No. 769 of the U. S. District Court for the District of Alaska, Division No. 1.

Exhibit "11" -    Trustee's Deed naming Martin Hansen, Trustee for the Bureau of Land Management, as Grantor and Pacific and Arctic Railway and Navigation Co., as Grantee, dated July 26, 2000, recorded November 14, 2000 in Deed Book 12 at Page 609, records of the Skagway Recording District, First Judicial District, State of Alaska.

Exhibit "12" -    Trustee's Deed of Real Estate and Bill of Sale, naming Richard D. Harris, as Trustee in reorganization under Chapter I of the Bankruptcy Act of Alaska Telephone Corporation, Debtor, as Grantor and Community Utilities, Inc., as Grantee, dated April 14, 1957, recorded May 18, 1957 in Deed Book 14 at Page 161, records of the Skagway Recording District, First Judicial District, State of Alaska.

Exhibit "13" -    Division of Banking, Securities and Corporations of the Alaska Department of Commerce, Community and Economic Development Certificate of Amendment, changing the corporate name of Community Utilities, Inc. to Alaska Power and Telephone Company.

Exhibit "14" -    Quitclaim Deed, naming Edward D. Pullen as Grantor and Community Utilities, Inc. as Grantee, dated May 12, 1960, recorded May 25, 1960 in Deed Book 14 at Page 253, records of the Skagway Recording District, First Judicial District, State of Alaska.

Exhibit "15" -    Real Estate Deed of Trust, naming AP & T Wireless, Inc. as Trustor and CoBANK, ACB as Beneficiary, dated August 1, 2003, recorded August 21, 2003 at Serial No. 2003-000331-0, as amended by instrument recorded November 18, 2003 at Serial No. 2003-000443-0, records of the Skagway Recording District, First Judicial District, State of Alaska.

Exhibit "16" -    Real Estate Deed of Trust, naming Bettles Telephone, Inc., as Trustor and CoBANK, ACB as Beneficiary, dated August 1, 2003, recorded August 21, 2003 at Serial No. 2003-000332-0, as amended by instrument recorded November 18, 2003 at Serial No. 2003-000441-0, records of the Skagway Recording District, First Judicial District, State of Alaska.

Exhibit "17" -    Real Estate Deed of Trust, naming AP & T Long Distance, Inc., as Trustor and CoBANK, ACB as Beneficiary, dated August 1, 2003, recorded August 21, 2003 at Serial No. 2003-000333-0, as amended by instrument recorded November 18, 2003 at Serial No. 2003-000444-0, records of the Skagway Recording District, First Judicial District, State of Alaska.

Exhibit "18" -    Real Estate Deed of Trust, naming BBL Hydro, Inc., as Trustor and CoBANK, ACB as Beneficiary, dated August 1, 2003, recorded August 21, 2003 at Serial No. 2003-000334-0, as amended by instrument recorded November 18, 2003 at Serial No. 2003-000442-0, records of the Skagway Recording District, First Judicial District, State of Alaska.

Exhibit "19" -    Real Estate Deed of Trust, naming North Country Telephone, Inc., as Trustor and CoBANK, ACB as Beneficiary, dated August 1, 2003, recorded August 21, 2003 at Serial No. 2003-000335-0, as amended by instrument recorded November 18, 2003 at Serial No. 2003-000440-0, records of the Skagway Recording District, First Judicial District, State of Alaska.

Exhibit "20" -    Real Estate Deed of Trust, naming Alaska Power and Telephone Company, Inc., as Trustor and CoBANK, ACB as Beneficiary, dated August 1, 2003, recorded August 21, 2003 at Serial No. 2003-000337-0, as amended by instrument recorded November 18, 2003 at Serial No. 2003-000447-0, records of the Skagway Recording District, First Judicial District, State of Alaska.

Exhibit "21" -    Real Estate Deed of Trust, naming Alaska Telephone Company, Inc., as Trustor and CoBANK, ACB as Beneficiary, dated August 1, 2003, recorded August 21, 2003 at Serial No. 2003-000338-0, as amended by instrument recorded November 18, 2003 at Serial No. 2003-000445-0, records of the Skagway Recording District, First Judicial District, State of Alaska.

Exhibit "22" -    Deed of Trust, naming Alaska Power Company, as Trustor and CoBANK, ACB as Beneficiary, recorded February 27, 1995 in Book 8 at Page 149, located in the records of the Skagway Recording District, First Judicial District, State of Alaska.

Exhibit "23" -    Deed of Trust, naming Alaska Power Company, as Trustor and CoBANK, ACB as Beneficiary, recorded October 30, 2000 in Book 12



at Page 558, located in the records of the Skagway Recording District, First Judicial District, State of Alaska.

Exhibit "24" -    Deed of Trust, naming Alaska Power Company, as Trustor and CoBANK, ACB as Beneficiary, recorded September 17, 2001 in Book 13 at Page 492, located in the records of the Skagway Recording District, First Judicial District, State of Alaska.

Exhibit "25" -    Real Estate Deed of Trust, naming Alaska Power Company, as Trustor and CoBANK, ACB as Beneficiary, recorded August 21, 2003 at Serial No. 2003-000336-0, located in the records of the Skagway Recording District, First Judicial District, State of Alaska.

Exhibit "26" -    Judgment and Decree issued in a tax foreclosure in Civil Action No. 72-170 of the Superior Court for the State of Alaska, First Judicial District at Juneau.