DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone:(907) 271-5452
Facsimile:(907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| SHEILA BRENA, | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO. 1:05-cv-18 (JWS) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| DEPARTMENT OF THE INTERIOR, | ) | |
| NATIONAL PARK SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ANSWER**

The United States of America, and the Department of the
Interior, National Park Service, in response to the Complaint to
Quiet Title (Docket Entry No. 1) filed December 20, 2005, and
hereinafter referred to as Complaint, do allege and state:

1. The allegations of paragraph 1 of the Complaint
constitute plaintiff's description and characterization of her
action and are not factual allegations to which a response is
required.

2. Defendants are without knowledge or information

sufficient to form a belief as to the truth of the averments of paragraph 2 of the Complaint.

3. In response to the allegations of paragraph 3 of the Complaint, it is admitted that the United States owns property that is adjacent to the property described in paragraph 6 of the Complaint.

4. The allegations of paragraph 4 of the Complaint are conclusions of law and are not factual allegations to which a response is required.

5. The allegations of paragraph 5 of the Complaint are conclusions of law and are not factual allegations to which a response is required.

6. The allegations of paragraph 6 of the Complaint are conclusions of law and are not factual allegations to which a response is required. Defendants deny that the description of the real property in paragraph 6 is the same as that set forth in Exhibit 2 to the Complaint.

7. The allegations of the first sentence of paragraph 7 of the Complaint are conclusions of law and are not factual allegations to which a response is required. In response to the allegations of the second sentence, it is admitted that Camillo Brena died on August 21, 1968, and defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining averments of the second sentence of

paragraph 7 of the Complaint.

8. The allegations of the first sentence of paragraph 8 of the Complaint constitute a characterization by plaintiff of the purpose of her action and are not factual allegations to which a response is required. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining averments of paragraph 8 of the Complaint.

9. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 9 of the Complaint.

10. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 10 of the Complaint.

11. It is admitted that the United States owns the property described in the allegations of paragraph 11 of the Complaint.

12. In response to the allegations of paragraph 12 of the Complaint, it is admitted that the United States acquired ownership of the property described in paragraph 11 of the Complaint by the means described in paragraph 12.

13. In response to the allegations of paragraph 13 of the Complaint, it is admitted that the United States owns the property described in paragraph 13.

14. In response to the allegations of paragraph 14 of the Complaint, it is admitted that the United States acquired

ownership of the property described in paragraph 13 of the Complaint by the means described in paragraph 14.

15. The allegations of paragraph 15 of the Complaint are conclusions of law and are not factual allegations to which a response is required.

16. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 16 of the Complaint.

17. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 17 of the Complaint.

18. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 18 of the Complaint.

19. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 19 of the Complaint.

20. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 20 of the Complaint.

21. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 21 of the Complaint.

22. Defendants are without knowledge or information

sufficient to form a belief as to the truth of the averments of paragraph 22 of the Complaint.

23. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 23 of the Complaint.

24. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 24 of the Complaint.

25. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 25 of the Complaint.

26. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 26 of the Complaint.

27. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 27 of the Complaint.

28. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 28 of the Complaint.

29. In response to the allegations of paragraph 29 of the Complaint, defendants incorporate by reference the allegations of paragraphs 1 through 28 above.

30. Defendants are without knowledge or information

sufficient to form a belief as to the truth of the averments of the first and second sentences of paragraph 30 of the Complaint. The allegations of the third sentence of paragraph 30 of the Complaint are a conclusion of law and are not factual allegations to which a response is required.

31. The allegations of the first sentence of paragraph 31 of the Complaint constitute a characterization by plaintiff of the purpose of her action and are not factual allegations to which a response is required. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of the second sentence of paragraph 31 of the Complaint. The allegations of the third sentence of paragraph 31 constitute conclusions of law and are not factual allegations to which a response is required.

32. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of the first sentence of paragraph 32 of the Complaint. The allegations of the second sentence of paragraph 32 of the Complaint are a conclusion of law and are not factual allegations to which a response is required.

33. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of the first sentence of paragraph 33 of the Complaint. The allegations of the second sentence of paragraph 33 of the

Complaint are a conclusion of law and are not factual allegations to which a response is required.

34. The allegations of the first sentence of paragraph 34 of the Complaint constitute a conclusion of law and are not factual allegations of facts related to any claim against the defendants to which a factual response is required. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of the second sentence of paragraph 34 of the Complaint. The allegations of the third, fourth and fifth sentences of paragraph 34 constitute plaintiff's characterization of her claim or claims against a party other than the defendants, and are not factual allegations against the defendants to which a response is required.

35. The allegations of paragraph 35 of the Complaint consist of averments pertaining to persons and entities other than defendants, and do not present factual allegations pertaining to the defendants to which a response is required.

36. The allegations of paragraph 36 of the Complaint consist of averments pertaining to City of Skagway and not to than defendants, and do not present factual allegations pertaining to the defendants to which a response is required.

37. The allegations of paragraph 37 of the Complaint constitute a statement of the relief plaintiff seeks and are not factual allegations to which a response is required.

AFFIRMATIVE DEFENSES

1. Plaintiff fails to join parties who are indispensable or necessary to the resolution of claims presented in the Complaint.

2. To the extent plaintiff knew or should have known of any claim by the United States to ownership of any of the real property that is the subject of this action more than twelve years prior to the commencement of this action, plaintiff's action is barred by operation of 28 U.S.C. § 2409a(g).

3.   Plaintiff has not completed proper service as required by Fed.R.Civ.P. 4(i).

DATED this 6th day of March 2006.

 /s/ Dean K. Dunsmore
DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources
Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone:(907) 271-5452
Facsimile:(907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of March 2006 a copy of the foregoing ANSWER was served electronically to:
Z. Kent Sullivan

 /s/ Dean K. Dunsmore
Dean K. Dunsmore