Z. Kent Sullivan
BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819
Juneau, Alaska 99803
ph: (907) 789-3166
fax: (907) 789-1913
Attorneys for Plaintiff Brena

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| SHEILA BRENA,<br><br>    Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>DEPARTMENT OF THE INTERIOR,<br>NATIONAL PARK SERVICE,<br><br>    Defendant. | AFFIDAVIT OF SERVICE<br><br>Case No. J05-CV-00018 (JWS) |

STATE OF ALASKA      )
                     : ss.
FIRST JUDICIAL DISTRICT )

Amber Niebuhr, being first duly sworn, deposes and says:

1.    I am a citizen of the United States of America, over the age of eighteen (18) years, and not a party to this proceeding. I am employed in the law offices of BAXTER BRUCE & SULLIVAN P.C. On about February 22, 2006, I mailed a copy of the complaint and summons in the above-captioned matter, together with all supporting exhibits, to each of the following:

    Civil Process Clerk                              Civil Process Clerk
    Office of the U. S. Attorney              Office of the U. S. Attorney
    U.S. Department of Justice               U. S. Department of Justice
    222 W. 7th Avenue #9 Room 253       950 Pennsylvania Avenue, NW
    Anchorage, Alaska 99513-7567         Washington, DC 20530-0001

by depositing the same in the United States Mail at Juneau, Alaska, via certified mail, restricted delivery, postage prepaid. A copy of the certified mail receipts is attached hereto as Exhibit "1."

    2.    Service upon the United States of America, Department of the Interior, National Park Service, Defendant in this matter, occurred on or about February 24, 2006 for the Anchorage, Alaska Office of the U. S. Attorney, and on or about February 28, 2006 for the Washington, D.C. Office of the U. S. Attorney, when the documents were received by the respective offices. Copies of the certified mail, restricted delivery, return receipts are attached hereto as Exhibits "2" and "3" respectively.

_____
Amber Niebuhr

SUBSCRIBED AND SWORN TO before me this 9th day of March, 2006, by Amber Niebuhr.

_____
Notary Public for Alaska
My commission expires: May 9, 2009

*Brena v. U.S., et al.*, Case No. 1J05-CV-18 (JWS)
Affidavit of Service
Page 2 of 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of March, 2006, a true and correct copy of the foregoing was delivered to the party indicated below via:

Dean K. Dunsmore, Esq.
U. S. Department of Justice
Environment and Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Ph: (907) 271-5452
Fax (907) 271-5827
By: ☒ Electronically via CM/ECF
☐ U.S. Mail
☐ Fax

                                            By  s/ Z. Kent Sullivan
                                            Z. Kent Sullivan
                                            P.O. Box 32819
                                            Juneau, Alaska 99803
                                            Ph: (907) 789-3166
                                            Fax: (907) 789-1913
                                            zsullivan@baxterbrucelaw.com
                                            ABA No. 0105038
                                            Attorneys for Plaintiff Brena







| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Chuck Farmer_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): CHUCK FARMER  C. Date of Delivery: 2/24/06 |
| 1. Article Addressed to:<br>Civil Process Clerk<br>Office of the U.S. Attorney<br>U.S. Department of Justice<br>222 W. 7th Avenue #9 Room 253<br>Anchorage, Alaska 99513-7567 | D. Is delivery address different from item 1? ☐ Yes  ☒ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number (Transfer from service label) | 7002 3150 0000 2015 5874 |

PS Form 3811, August 2001   Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •



Baxter Bruce & Sullivan P.C.
Attorneys at Law
P.O. Box 32819
Juneau, Alaska 99803

FEB 27 2006

7649-000 AN

EXHIBIT 2



