Z. Kent Sullivan, Esq.
Baxter Bruce & Sullivan P.C.
P.O. Box 32819
Juneau, Alaska 99083
Ph:   (907) 789-3166
Fax: (907) 789-1913
zsullivan@baxterbrucelaw.com
Attorneys for Plaintiff Brena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| SHEILA BRENA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| DEPARTMENT OF THE INTERIOR, | ) | JOINT STATUS REPORT |
| NATIONAL PARK SERVICE, | ) | |
| | ) | Case No. J05-CV-00018 (JWS) |
| Defendants. | ) | |

Plaintiff, with the consent of counsel for Defendants, and pursuant to this Court's
order, of March 6, 2006, hereby provides this joint status report on behalf of both Plaintiff
and Defendants.  The parties have corresponded both orally and in writing in order to
amicably resolve the issues at hand in the above captioned case, and the parties are
currently engaged in active negotiations in an attempt to resolve this matter without further
litigation. The negotiations are expected to be completed on or before May 22, 2006. The
parties will notify the Court upon completion of the negotiations.

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Plaintiff's Confidential Settlement Memorandum to Settlement Master J. Justin Ripley, Esq.
Page 1 of 2

Dated this 24th day of March, 2006

BAXTER BRUCE & SULLIVAN P.C.

By: /s/ Z. Kent Sullivan
    Z. Kent Sullivan, ABA No. 0105038
    P.O. Box 32819
    Juneau, Alaska 99803
    Ph:  (907) 789-3166
    Fax: (907) 789-1913
    zsullivan@baxterbrucelaw.com
    Attorneys for Plaintiff Brena

## CERTIFICATE OF SERVICE

The undersigned hereby certified that on this 24th day of March, 2006, a true and correct copy of the foregoing joint status report was served upon the party indicated below via:

Dean K. Dunsmore, Esq.
U.S. Department of Justice
Environment & Natural Resources Division
801 B. Street, Suite 504
Anchorage, Alaska 99501-3657
Ph:  (907) 271-5452
Fax: (907) 271-5827
dean.dunsmore@usdoj.gov
Attorney for Defendants
By: ☒ Electronically via CM/ECF
    ☐ U.S. Mail
    ☐ Fax

/s/ Z. Kent Sullivan
Z. Kent Sullivan, ABA No. 0105038
P.O. Box 32819,
Juneau, Alaska 99803
Ph:  (907) 789-3166
Fax: (907) 789-1913
zsullivan@baxterbrucelaw.com
Attorneys for Plaintiff Brena

*Bathija, et al. v. Panoff Publishing, Inc., et al.*; Case No. J04-0011 CV (RRB)
Plaintiff's Confidential Settlement Memorandum to Settlement Master J. Justin Ripley, Esq.
Page 2 of 2