Z. Kent Sullivan, Esq.
Baxter Bruce & Sullivan P.C.
P.O. Box 32819
Juneau, Alaska 99083
Ph: (907) 789-3166
Fax: (907) 789-1913
zsullivan@baxterbrucelaw.com
Attorneys for Plaintiff Brena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHEILA BRENA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | JOINT STATUS REPORT |
| DEPARTMENT OF THE INTERIOR, ) | |
| NATIONAL PARK SERVICE, ) | |
| ) | Case No. J05-CV-00018 (JWS) |
| Defendants. ) | |

Plaintiff, with the consent of counsel for Defendant, and pursuant to this Court's order of July 18, 2006, hereby provides this joint status report on behalf of both Plaintiff and Defendant. The parties have and continue to be engaged in active settlement negotiations. Additionally, during the course of these negotiations, it has been discovered that the metes and bounds legal description of the property at issue contains several scrivener's errors. As a result, Plaintiff is currently in the process of moving to amend the complaint to address the scrivener's errors and other issues. The amended complaint together with accompanying motion requesting leave to file the same, memorandum in

support, proposed order, etc., are anticipated to be filed within approximately 10 days. Upon Plaintiff being granted leave of Court to file the amended complaint, the parties also expect to be in a position to conclude their settlement negotiations/discussions. The parties will notify the Court upon completion of the same.

Dated this 19th day of July, 2006

BAXTER BRUCE & SULLIVAN P.C.

By: /s/ Z. Kent Sullivan
Z. Kent Sullivan, ABA No. 0105038
P.O. Box 32819
Juneau, Alaska 99803
Ph:  (907) 789-3166
Fax: (907) 789-1913
zsullivan@baxterbrucelaw.com
Attorneys for Plaintiff Brena

CERTIFICATE OF SERVICE

The undersigned hereby certified that on this 19th day of July, 2006, a true and correct copy of the foregoing joint status report was served upon the party indicated below via:

Dean K. Dunsmore, Esq.
U.S. Department of Justice
Environment & Natural Resources Division
801 B. Street, Suite 504
Anchorage, Alaska 99501-3657
Ph:   (907) 271-5452
Fax: (907) 271-5827
dean.dunsmore@usdoj.gov
Attorney for Defendant
By: ☒ Electronically via CM/ECF
    ☐ U.S. Mail
    ☐ Fax

  /s/ Z. Kent Sullivan
Z. Kent Sullivan, ABA No. 0105038
P.O. Box 32819
Juneau, Alaska 99803
Ph:   (907) 789-3166
Fax: (907) 789-1913
zsullivan@baxterbrucelaw.com
Attorneys for Plaintiff Brena