Z. Kent Sullivan
BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819
Juneau, Alaska  99803
ph:  (907) 789-3166
fax: (907) 789-1913
e-mail: zsullivan@baxterbrucelaw.com
Attorneys for Plaintiff Brena

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| SHEILA BRENA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | PLAINTIFF'S MOTION AND |
| ) | SUPPORTING MEMORANDUM |
| THE UNITED STATES OF AMERICA, ) | FOR LEAVE OF COURT TO FILE |
| ) | AMENDED COMPLAINT |
| ) | |
| Defendant. ) | Case No. J05-CV-00018 (JWS) |
| ) | |

COMES NOW, Plaintiff, Sheila Brena, by and through her attorney of record, and hereby moves for leave of Court to file an amended complaint.  Plaintiff's motion is based upon Rule 15(a), Fed.R.Civ.P.

Plaintiff seeks to amend her complaint in this matter for the purpose of correcting a scrivener's error in the metes and bounds legal description, clarifying the Defendant as the United States of America, clarifying in the pleading portion of the complaint that title to the real property will be subject to U. S. Patent reservations and statutory reservations, amending Paragraphs 1, 6, 8, 33 and 34 to include BPOE, and adding new Paragraphs 31 and 32, and renumbering all subsequent paragraphs.  A copy of Plaintiff's

proposed first amended complaint is attached hereto as Exhibit "A."  Counsel for Defendant United States of America, has been contacted with regard to the present motion and has indicated that Defendant does not intend to oppose this motion.

Based upon the foregoing, Plaintiff respectfully requests that her motion seeking leave of Court to file an amended complaint be granted and that she be allowed to file the amended complaint as attached hereto.  Plaintiff further requests that Defendant be allowed thirty (30) days to answer this amended complaint.

DATED this 18th day of August, 2006.

> BAXTER BRUCE & SULLIVAN P.C.
>
> By /s/ Z. Kent Sullivan
> Z. Kent Sullivan, ABA No. 0105038
> P.O. Box 32819,
> Juneau, Alaska 99803
> Ph:   (907) 789-3166
> Fax: (907) 789-1913
> zsullivan@baxterbrucelaw.com
> Attorneys for Plaintiff Brena

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this 18th day of August, 2006, a true and correct copy of the foregoing was delivered to the party indicated below via:

Dean K. Dunsmore, Esq.
U.S. Department of Justice
Environment & Natural Resources Division
801 B. Street, Suite 504
Anchorage, Alaska 99501-3657
Ph:   (907) 271-5452
Fax: (907) 271-5827
dean.dunsmore@usdoj.gov
Attorney for Defendants

By: ☒ Electronically via CM/ECF
     ☐ U.S. Mail
     ☐ Fax

       /s/ Z. Kent Sullivan
     Z. Kent Sullivan, ABA No. 0105038
     P.O. Box 32819,
     Juneau, Alaska 99803
     Ph:   (907) 789-3166
     Fax: (907) 789-1913
     zsullivan@baxterbrucelaw.com
     Attorneys for Plaintiff Brena