# Exhibit 2

Plat – Record of Survey by R&M Engineering, dated June 23, 2005

# Filed Conventionally

Case 1:05-cv-00018-JWS   Document 10-4   Filed 08/18/2006   Page 1 of 1