# Exhibit 3

Statutory Warranty Deed, dated May 25, 1966, and recorded December 2, 1968 in Deed Book 16 at Page 69, records of the Skagway Recording District, First Judicial District, State of Alaska ("Skagway Recording District")

**Filed Conventionally**