## Exhibit 4
Death Certificate of Camillo Brena

**Filed Conventionally**