## Exhibit 5

Brena Tract Boundary by R&M Engineering, dated June 23, 2006

**Filed Conventionally**