# Exhibit 6

Statutory Warranty Deed, dated December 13, 1977 and recorded December 19, 1977 in Book 2 at Page 569, records of the Skagway Recording District

**Filed Conventionally**