# Exhibit 7

Statutory Warranty Deed, dated November 21, 1977 and recorded November 22, 1977 in Book 2 at Page 536, records of the Skagway Recording District

**Filed Conventionally**