# Exhibit 8

Quitclaim Deed, dated January 5, 1956, recorded February 25, 1956 in Deed Book 14 at Page 139, records of the Skagway Recording District

**Filed Conventionally**