**<u>Exhibit 9</u>**

Townsite Trustee's Deed, dated April 9, 1910, recorded April 22, 1910 in Deed Book 1 at Page 223, records of the Skagway Recording District

**Filed Conventionally**