# Exhibit 10
Order Appropriating Property in *Pacific and Arctic Railway & Navigation Company v. J. Brendan Moore*

**Filed Conventionally**