# Exhibit 11

Trustee's Deed, dated July 26, 2000, recorded November 14, 2000 in Deed Book 12 at Page 609, records of the Skagway Recording District

**Filed Conventionally**