# Exhibit 12

Trustee's Deed of Real Estate and Bill of Sale, dated April 14, 1957, recorded May 18, 1957 in Deed Book 14 at Page 161, records of the Skagway Recording District

**Filed Conventionally**