# Exhibit 13

Documentation regarding succession from Community Utilities, Inc. to Alaska Power Company

**Filed Conventionally**

Case 1:05-cv-00018-JWS    Document 10-15    Filed 08/18/2006    Page 1 of 1