# Exhibit 14

Statutory Warranty Deed, dated May 12, 1960, recorded May 25, 1960 in Deed Book 14 at Page 253, records of the Skagway Recording District

**Filed Conventionally**