# Exhibit 15

Real Estate Deed of Trust, dated August 1, 2003, recorded August 21, 2003 at Serial No. 2003-000331-0, as amended by document Serial No. 2003-000443-0, recorded November 18, 2003, records of the Skagway Recording District

**Filed Conventionally**