# Exhibit 22
Deed of Trust, recorded February 27, 1995 in Book 8 at Page 149, records of the Skagway Recording District

**Filed Conventionally**