# Exhibit 23
Deed of Trust, recorded October 30, 2000 in Book 12 at Page 558, records of the Skagway Recording District

**Filed Conventionally**