# Exhibit 24

Deed of Trust, recorded September 17, 2001 in Book 13 at Page 492, records of the Skagway Recording District

**Filed Conventionally**