## Exhibit 25
Deed of Trust, recorded August 21, 2003 at Serial No. 2003-000336-0, records of the Skagway Recording District

**Filed Conventionally**