# Exhibit 26
Plat, "Deed Call's Holding Right of Way Call," prepared by R&M Engineering, dated May 2005

**Filed Conventionally**