## <u>Exhibit 27</u>
Deed, recorded February 2, 1915 in Deed Book 9 at Page
246, records of the Skagway Recording District

**Filed Conventionally**