## **Exhibit 1**
Brena Tract Survey by R&M Engineering, dated June 23, 2005

**Filed Conventionally**

## **Exhibit 2**

Plat – Record of Survey by R&M Engineering, dated June 23, 2005

**Filed Conventionally**

## **Exhibit 3**

Statutory Warranty Deed, dated May 25, 1966, and recorded December 2, 1968 in Deed Book 16 at Page 69, records of the Skagway Recording District, First Judicial District, State of Alaska ("Skagway Recording District")

## **Filed Conventionally**

# **Exhibit 4**
Death Certificate of Camillo Brena

# **Filed Conventionally**

## **Exhibit 5**

Brena Tract Boundary by R&M Engineering, dated June 23, 2006

**Filed Conventionally**

## **Exhibit 6**

Statutory Warranty Deed, dated December 13, 1977 and
recorded December 19, 1977 in Book 2 at Page 569,
records of the Skagway Recording District

**Filed Conventionally**

## **Exhibit 7**

Statutory Warranty Deed, dated November 21, 1977 and
recorded November 22, 1977 in Book 2 at Page 536,
records of the Skagway Recording District

### **Filed Conventionally**

## **Exhibit 8**

Quitclaim Deed, dated January 5, 1956, recorded
February 25, 1956 in Deed Book 14 at Page 139, records
of the Skagway Recording District

## **Filed Conventionally**

## **Exhibit 9**

Townsite Trustee's Deed, dated April 9, 1910, recorded
April 22, 1910 in Deed Book 1 at Page 223, records of the
Skagway Recording District

## **Filed Conventionally**

## <u>Exhibit 10</u>

Order Appropriating Property in *Pacific and Arctic Railway & Navigation Company v. J. Brendan Moore*

## Filed Conventionally

## **Exhibit 11**

Trustee's Deed, dated July 26, 2000, recorded November 14, 2000 in Deed Book 12 at Page 609, records of the Skagway Recording District

## **Filed Conventionally**

## **Exhibit 12**

Trustee's Deed of Real Estate and Bill of Sale, dated
April 14, 1957, recorded May 18, 1957 in Deed Book 14
at Page 161, records of the Skagway Recording District

**Filed Conventionally**

## **<u>Exhibit 13</u>**

Documentation regarding succession from Community
Utilities, Inc. to Alaska Power Company

**Filed Conventionally**

## **Exhibit 14**

Statutory Warranty Deed, dated May 12, 1960, recorded
May 25, 1960 in Deed Book 14 at Page 253, records of
the Skagway Recording District

## **Filed Conventionally**

## **Exhibit 15**

Real Estate Deed of Trust, dated August 1, 2003, recorded
August 21, 2003 at Serial No. 2003-000331-0, as
amended by document Serial No. 2003-000443-0,
recorded November 18, 2003, records of the Skagway
Recording District

**Filed Conventionally**

## **Exhibit 16**

Real Estate Deed of Trust, dated August 1, 2003, recorded August 21, 2003 at Serial No. 2003-000332-0, as amended by document Serial No. 2003-000441-0, recorded November 18, 2003, records of the Skagway Recording District

**Filed Conventionally**

## **Exhibit 17**

Real Estate Deed of Trust, dated August 1, 2003, recorded
August 21, 2003 at Serial No. 2003-000333-0, as
amended by document Serial No. 2003-000444-0,
recorded November 18, 2003, records of the Skagway
Recording District

**Filed Conventionally**

## **Exhibit 18**

Real Estate Deed of Trust, dated August 1, 2003, recorded
August 21, 2003 at Serial No. 2003-000334-0, as
amended by document Serial No. 2003-000442-0,
recorded November 18, 2003, records of the Skagway
Recording District

**Filed Conventionally**

## **Exhibit 19**

Real Estate Deed of Trust, dated August 1, 2003, recorded
August 21, 2003 at Serial No. 2003-000335-0, as
amended by document Serial No. 2003-000440-0,
recorded November 18, 2003, records of the Skagway
Recording District

**Filed Conventionally**

## **Exhibit 20**

Real Estate Deed of Trust, dated August 1, 2003, recorded August 21, 2003 at Serial No. 2003-000337-0, as amended by document Serial No. 2003-000447-0, recorded November 18, 2003, records of the Skagway Recording District

## **Filed Conventionally**

## **Exhibit 21**

Real Estate Deed of Trust, dated August 1, 2003, recorded August 21, 2003 at Serial No. 2003-000338-0, as amended by document Serial No. 2003-000445-0, recorded November 18, 2003, records of the Skagway Recording District

**Filed Conventionally**

## **Exhibit 22**

Deed of Trust, recorded February 27, 1995 in Book 8 at
Page 149, records of the Skagway Recording District

**Filed Conventionally**

## **Exhibit 23**

Deed of Trust, recorded October 30, 2000 in Book 12 at
Page 558, records of the Skagway Recording District

**Filed Conventionally**

## **Exhibit 24**
Deed of Trust, recorded September 17, 2001 in Book 13
at Page 492, records of the Skagway Recording District


**Filed Conventionally**

## **Exhibit 25**

Deed of Trust, recorded August 21, 2003 at Serial No.
2003-000336-0, records of the Skagway Recording
District

## **Filed Conventionally**

**<u>Exhibit 26</u>**

Plat, "Deed Call's Holding Right of Way Call," prepared
by R&M Engineering, dated May 2005

**Filed Conventionally**

## **Exhibit 27**

Deed, recorded February 2, 1915 in Deed Book 9 at Page 246, records of the Skagway Recording District

**Filed Conventionally**

## **Exhibit 28**

Judgment and Decree issued in Civil Action No. 72-170
of the Superior Court for the State of Alaska, First
Judicial District at Juneau

**Filed Conventionally**