The Honorable John W. Sedwick
United States District Judge
Alaska District
222 West 7th Avenue, #49
Anchorage, Alaska 99513-7546
(907) 677-6257

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| SHEILA BRENA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>THE UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>Defendant. )<br>) | <br><br><br><br><br>(Proposed) ORDER GRANTING<br>PLAINTIFF'S MOTION FOR<br>LEAVE OF COURT TO FILE TO<br>FILE AN AMENDED COMPLAINT<br><br>Case No. J05-CV-00018 (JWS) |

This matter was presented to the Court upon motion of Plaintiff seeking leave to file an amended complaint, and it appears that there is no objection to the motion having been made by any of the Defendants having entered an appearance in this cause, and there appearing to be good cause therefore,

IT IS HEREBY ORDERED that Plaintiff shall be entitled to file the amended complaint as set forth in Exhibit "A" to Plaintiffs' present motion.

IT IS FURTHER ORDERED that Defendant shall be allowed thirty (30) within which to file an answer to the amended complaint.

DATED this ___ day of August, 2006.

                                                BY THE COURT

                                                JOHN W. SEDWICK
                                                United States District Court Judge

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this ___ day of August, 2006, a true and correct copy of the foregoing was delivered to the party indicated below via:

| | |
|---|---|
| Z. Kent Sullivan, Esq. | Dean K. Dunsmore, Esq. |
| Baxter Bruce & Sullivan, P.C. | U.S. Department of Justice |
| P.O. Box 32819 | Environment & Natural Resources Division |
| Juneau, Alaska 99803 | 801 B. Street, Suite 504 |
| Ph: (907) 789-3166 | Anchorage, Alaska 99501-3657 |
| Fax (907) 789-1913 | Ph: (907) 271-5452 |
| Attorney for Plaintiff Brena | Fax: (907) 271-5827 |
| By: ☒ Electronically via CM/ECF | dean.dunsmore@usdoj.gov |
| ☐ U.S. Mail | Attorney for Defendants |
| ☐ Fax | By: ☒ Electronically via CM/ECF |
| | ☐ U.S. Mail |
| | ☐ Fax |

                                          By_____
                                            Assistant to Judge