IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| SHEILA BRENA, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>THE UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>    Defendant. )<br>)| ORDER GRANTING<br>PLAINTIFF'S MOTION FOR<br>LEAVE OF COURT TO FILE TO<br>FILE AN AMENDED COMPLAINT<br><br>Case No. 1:05-cv-00018-JWS |

This matter was presented to the Court upon motion of Plaintiff seeking leave to file an amended complaint, and it appears that there is no objection to the motion having been made by any of the Defendants having entered an appearance in this cause, and there appearing to be good cause therefore,

IT IS HEREBY ORDERED that Plaintiff shall be entitled to file the amended complaint as set forth in Exhibit "A" to Plaintiffs' present motion.

IT IS FURTHER ORDERED that Defendant shall be allowed thirty (30) days within which to file an answer to the amended complaint.

DATED this 21st day of August, 2006.

BY THE COURT

 /s/John W. Sedwick
United States District Court Judge