<u>**Exhibit 1**</u>
Brena Tract Survey by R&M Engineering, dated June 23, 2005

**Filed Conventionally**