## **Exhibit 2**

Plat – Record of Survey by R&M Engineering, dated June 23, 2005

## **Filed Conventionally**