## **<u>Exhibit 5</u>**

Brena Tract Boundary by R&M Engineering, dated June 23, 2006

## **Filed Conventionally**