## Exhibit 13

Documentation regarding succession from Community Utilities, Inc. to Alaska Power Company

**Filed Conventionally**