# Exhibit 22
Deed of Trust, recorded February 27, 1995 in Book 8 at Page 149, records of the Skagway Recording District

**Filed Conventionally**

Case 1:05-cv-00018-JWS   Document 12-23   Filed 08/28/2006   Page 1 of 1