# Exhibit 25

Deed of Trust, recorded August 21, 2003 at Serial No. 2003-000336-0, records of the Skagway Recording District

**Filed Conventionally**

Case 1:05-cv-00018-JWS   Document 12-26   Filed 08/28/2006   Page 1 of 1