# Exhibit 27
Deed, recorded February 2, 1915 in Deed Book 9 at Page 246, records of the Skagway Recording District

**Filed Conventionally**