# Exhibit 28
Judgment and Decree issued in Civil Action No. 72-170 of the Superior Court for the State of Alaska, First Judicial District at Juneau

**Filed Conventionally**