Z. Kent Sullivan, Esq.
Baxter Bruce & Sullivan P.C.
P.O. Box 32819
Juneau, Alaska 99083
Ph:  (907) 789-3166
Fax: (907) 789-1913
zsullivan@baxterbrucelaw.com
Attorneys for Plaintiff Brena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHEILA BRENA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>DEPARTMENT OF THE INTERIOR, )<br>NATIONAL PARK SERVICE, )<br>)<br>Defendants. )<br>) | JOINT STATUS REPORT<br><br>Case No. J05-CV-00018 (JWS) |

Plaintiff, with the consent of counsel for Defendant, and pursuant to this Court's order of July 21, 2006, hereby provides the following joint status report on behalf of both Plaintiff and Defendant. The amended complaint to quiet title was filed with this Court on August 28, 2006. *Amended Complaint to Quiet Title,* dated August 28, 2006. Defendant has indicated that it intends to file an answer to the amended complaint on or before September 27, 2006. The parties have and continue to be engaged in active settlement negotiations. The parties will advise the Court when and if they are successful in completing the same.

Dated this 22nd day of September, 2006.

                                                  BAXTER BRUCE & SULLIVAN P.C.

                                        By: /s/ Z. Kent Sullivan
                                            Z. Kent Sullivan, ABA No. 0105038
                                            P.O. Box 32819
                                            Juneau, Alaska 99803
                                            Ph: (907) 789-3166
                                            Fax: (907) 789-1913
                                            zsullivan@baxterbrucelaw.com
                                            Attorneys for Plaintiff Brena

## CERTIFICATE OF SERVICE

The undersigned hereby certified that on this 22nd day of September, 2006, a true and correct copy of the foregoing joint status report was served upon the party indicated below via:

Dean K. Dunsmore, Esq.
U.S. Department of Justice
Environment & Natural Resources Division
801 B. Street, Suite 504
Anchorage, Alaska 99501-3657
Ph:   (907) 271-5452
Fax: (907) 271-5827
dean.dunsmore@usdoj.gov
Attorney for Defendant
By: ☒ Electronically via CM/ECF
     ☐ U.S. Mail
     ☐ Fax

                                             /s/ Z. Kent Sullivan
                                            Z. Kent Sullivan, ABA No. 0105038
                                            P.O. Box 32819
                                            Juneau, Alaska 99803
                                            Ph:   (907) 789-3166
                                            Fax: (907) 789-1913
                                            zsullivan@baxterbrucelaw.com
                                            Attorneys for Plaintiff Brena