Z. Kent Sullivan, Esq.
Baxter Bruce & Sullivan P.C.
P.O. Box 32819
Juneau, Alaska 99083
Ph:  (907) 789-3166
Fax: (907) 789-1913
zsullivan@baxterbrucelaw.com
Attorneys for Plaintiff Brena


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| SHEILA BRENA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| DEPARTMENT OF THE INTERIOR, | ) | |
| NATIONAL PARK SERVICE, | ) | JOINT STATUS REPORT |
| | ) | |
| Defendants. | ) | Case No. J05-CV-00018 (JWS) |
| | ) | |

Plaintiff, with the consent of counsel for Defendant, and pursuant to this Court's order of September 28, 2006, hereby provides the following joint status report on behalf of both Plaintiff and Defendant.  The amended complaint to quiet title was filed with this Court on August 28, 2006.  *Amended Complaint to Quiet Title,* dated August 28, 2006. Defendant filed an answer to the amended complaint on or about September 27, 2006. *Answer to Amended Complaint,* dated September 27, 2006.

The parties have and continue to be engaged in active settlement negotiations. Specifically, the parties' counsel have recently agreed upon the basic terms of a joint stipulation and settlement agreement in order to resolve all pending issues.   Counsel for

the parties are in the process of seeking consent of their respective clients before finalization of the same and filing with the Court.

Dated this 30th day of November, 2006.

BAXTER BRUCE & SULLIVAN P.C.


By: /s/ Z. Kent Sullivan
　　　Z. Kent Sullivan, ABA No. 0105038
　　　P.O. Box 32819
　　　Juneau, Alaska 99803
　　　Ph: (907) 789-3166
　　　Fax: (907) 789-1913
　　　zsullivan@baxterbrucelaw.com
　　　Attorneys for Plaintiff Brena

CERTIFICATE OF SERVICE

The undersigned hereby certified that on this 30th day of November, 2006, a true and correct copy of the foregoing joint status report was served upon the party indicated below via:

Dean K. Dunsmore, Esq.
U.S. Department of Justice
Environment & Natural Resources Division
801 B. Street, Suite 504
Anchorage, Alaska 99501-3657
Ph:  (907) 271-5452
Fax: (907) 271-5827
dean.dunsmore@usdoj.gov
Attorney for Defendant
By: ☒ Electronically via CM/ECF
　　　☐ U.S. Mail
　　　☐ Fax

　　　 /s/ Z. Kent Sullivan
　　　Z. Kent Sullivan, ABA No. 0105038
　　　P.O. Box 32819
　　　Juneau, Alaska 99803
　　　Ph:  (907) 789-3166
　　　Fax: (907) 789-1913
　　　zsullivan@baxterbrucelaw.com
　　　Attorneys for Plaintiff Brena