Z. Kent Sullivan, Esq.
Baxter Bruce & Sullivan P.C.
P.O. Box 32819
Juneau, Alaska 99083
Ph:  (907) 789-3166
Fax: (907) 789-1913
zsullivan@baxterbrucelaw.com
Attorneys for Plaintiff Brena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHEILA BRENA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>DEPARTMENT OF THE INTERIOR, )<br>NATIONAL PARK SERVICE, )<br>)<br>Defendants. )<br>) | JOINT STATUS REPORT<br><br>Case No. J05-CV-00018 (JWS) |

Plaintiff, with the consent of counsel for Defendant, and pursuant to this Court's order of December 5, 2006, hereby provides the following joint status report on behalf of both parties. Counsel for Defendant is awaiting final client approval of a joint stipulation and settlement agreement tentatively agreed to by the parties' respective counsel as well as by Plaintiff.

///

Dated this 8th day of January, 2007.

               BAXTER BRUCE & SULLIVAN P.C.

               By: /s/ Z. Kent Sullivan
                 Z. Kent Sullivan, ABA No. 0105038
                 P.O. Box 32819
                 Juneau, Alaska 99803
                 Ph: (907) 789-3166
                 Fax: (907) 789-1913
                 zsullivan@baxterbrucelaw.com
                 Attorneys for Plaintiff Brena

## CERTIFICATE OF SERVICE

The undersigned hereby certified that on this 8th day of January, 2007, a true and correct copy of the foregoing joint status report was served upon the party indicated below via:

Dean K. Dunsmore, Esq.
U.S. Department of Justice
Environment & Natural Resources Division
801 B. Street, Suite 504
Anchorage, Alaska 99501-3657
Ph:   (907) 271-5452
Fax: (907) 271-5827
dean.dunsmore@usdoj.gov
Attorney for Defendant
By: ☒ Electronically via CM/ECF
   ☐ U.S. Mail
   ☐ Fax

               /s/ Z. Kent Sullivan
               Z. Kent Sullivan, ABA No. 0105038
               P.O. Box 32819
               Juneau, Alaska 99803
               Ph:   (907) 789-3166
               Fax: (907) 789-1913
               zsullivan@baxterbrucelaw.com
               Attorneys for Plaintiff Brena