Z. Kent Sullivan, Esq.
Baxter Bruce & Sullivan P.C.
P.O. Box 32819
Juneau, Alaska 99083
Ph: (907) 789-3166
Fax: (907) 789-1913
zsullivan@baxterbrucelaw.com
Attorneys for Plaintiff Brena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHEILA BRENA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| DEPARTMENT OF THE INTERIOR, ) | |
| NATIONAL PARK SERVICE, ) | JOINT STATUS REPORT |
| ) | |
| Defendants. ) | Case No. J05-CV-00018 (JWS) |
| ) | |

Plaintiff, with the consent of counsel for Defendant, and pursuant to this Court's order of January 9, 2007, hereby provides the following joint status report on behalf of both parties. Counsel for Defendant is awaiting final approval by the Department of Justice of a joint stipulation and settlement agreement tentatively agreed to by the parties' respective counsel, as well as by Plaintiff. Since filing of the last status report, the parties and their respective counsel have continued to clarify issues raised and, as of now, Defendant is again awaiting Department of Justice approval of the joint stipulation.

///

Dated this 28th day of February, 2007.

        BAXTER BRUCE & SULLIVAN P.C.

By: /s/ Z. Kent Sullivan
    Z. Kent Sullivan, ABA No. 0105038
    P.O. Box 32819
    Juneau, Alaska 99803
    Ph: (907) 789-3166
    Fax: (907) 789-1913
    zsullivan@baxterbrucelaw.com
    Attorneys for Plaintiff Brena

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of February, 2007, a true and correct copy of the foregoing joint status report was served upon the party indicated below via:

Dean K. Dunsmore, Esq.
U.S. Department of Justice
Environment & Natural Resources Division
801 B. Street, Suite 504
Anchorage, Alaska 99501-3657
Ph:  (907) 271-5452
Fax: (907) 271-5827
dean.dunsmore@usdoj.gov
Attorney for Defendant
By: ☒ Electronically via CM/ECF
    ☐ U.S. Mail
    ☐ Fax

 /s/ Z. Kent Sullivan
Z. Kent Sullivan, ABA No. 0105038
P.O. Box 32819
Juneau, Alaska 99803
Ph:  (907) 789-3166
Fax: (907) 789-1913
zsullivan@baxterbrucelaw.com
Attorneys for Plaintiff Brena