Z. Kent Sullivan, Esq.
Baxter Bruce & Sullivan P.C.
P.O. Box 32819
Juneau, Alaska 99083
Ph:   (907) 789-3166
Fax: (907) 789-1913
zsullivan@baxterbrucelaw.com
Attorneys for Plaintiff Brena

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHEILA BRENA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:05-CV-00018-JWS |
| vs. | ) |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION & SETTLEMENT AGREEMENT

THIS STIPULATION AND SETTLEMENT AGREEMENT is entered into by and between Sheila Brena ("Brena"), and the United States of America ("United States"), and hereby provides as follows:

## RECITALS

A.      This Agreement pertains to all matters by and between the parties set forth in the case entitled *Brena v. U.S.A.,* Case No. 1:05-cv-00018-JWS, and filed in the United States District Court for the District of Alaska.

B.      As set forth in the above-referenced case, Plaintiff Brena claims ownership of, and seeks to quiet title to, certain real property located in the historical district of Skagway, Alaska

C.      Historically, there have existed numerous deficiencies with the method and manner in which Plaintiff Brena's property was described and conveyed.  These deficiencies have created vis a´ vis adjacent land owners clouds on the title and rendered the property unmarketable.  Until just recently, while Plaintiff Brena had a good understanding of where her property was situated, due to the unusual nature of the historical legal descriptions, the property did not have a metes and bounds description in relation to adjacent properties.  Such a description, as set forth below, has now recently been obtained.

D.      The property owned and claimed by Plaintiff Brena as part of this quiet title action is legally described as follows:

> A certain tract or parcel of land lying and being situate within U. S. Survey 435, within Amended U. S. Survey 13, and within Tracts C and E of the Official Bureau of Land Management Townsite of Skagway Plat of U. S. Survey 435, Skagway Recording District, First Judicial District, State of Alaska, being more particularly described as follows:
>
> COMMENCING at the centerline intersection of Broadway Street and Fifth Avenue; thence S 42° 45' 00" E 235.00 feet;

thence S 35° 00' 00" E 340.00 feet to a point on the Westerly right-of-way limits of the Pacific & Arctic Railway & Navigation Company railroad tracks, being 37.50 feet offset from the centerline of said railroad tracks and being identical to the Southeast corner of the William Moore tract as defined in the Decree issued in Cause 73 of the United States District Court for the District of Alaska, Division No. 1 on November 20, 1901, the same of which was recorded November 22, 1901 in Miscellaneous Book 1 at Pages 129 through 134; thence along aforementioned right-of-way limits N 40° 20' 17" E 162.20 feet to a point on the Southwesterly boundary of the tract herein described; thence S 49° 39' 43" E 1.00 foot to a point offset at right angle 36.5 feet from the hereinbefore described railroad centerline and being the point of beginning for this description; thence continuing along said right-of-way N 40° 20' 17" E 342.28 feet to the Northeast corner of Tract E as denoted by the official Bureau of Land Management Townsite of Skagway Plat; thence departing aforementioned right-of-way limits along the common boundary of said Tract E and the Court House Reserve, N 45° 30' 00" W 143.41 feet; thence departing said common boundary S 44° 30' 00" W 120.00 feet; thence N 45° 30' 00" W 60.00 feet; thence S 44° 30' 00" W 60.00 feet; thence N 45° 30' 00" W 75.00 feet; thence S 44° 30' 00" W 121.00 feet to a point on the Northeast line of the tract conveyed to the United States of America by deed recorded December 19, 1977 in Book 2 at Page 569; thence along said boundary the following courses: S 36° 07' 25" E 130.62 feet; S 45° 19' 20" W 31.83 feet; thence departing said boundary along the Southwesterly limits of this tract S 49° 39' 43" E 175.30 feet to the true point and place of beginning.

Containing 75,867 square feet (1.74 acres), more or less.

Together with an easement ten (10) feet in width for ingress, egress and

utilities across the following described tract of land in Amended U. S. Survey

13, Skagway Recording District, First Judicial District, State of Alaska, described as:

> Commencing at the centerline intersection of Broadway Street and Fifth Avenue; thence S 44° 50' 00" E 225.40 feet; thence S 37° 07' 52" E 158.26 feet to the Southerly most corner of the tract of land conveyed to the United States of America by deed recorded December 19, 1977 in Book 2 at Page 569 being the point of beginning of this description; thence along the Southeast boundary of aforementioned deed, N 45° 19' 20" E 101.56 feet to a point on the Southwesterly boundary of a tract of land hereinbefore described; thence along said boundary S 49° 39' 43" E 10.04 feet; thence departing said boundary S 45° 19' 20" W 119.77 feet thence N 37° 31' 00" W 0.63 feet; thence N 44° 40' 40" W 9.37 feet; thence N 45° 19' 20" E 17.27 feet to the true point and place of beginning.

Containing 1,193 square feet (0.03 acre), more or less. Plaintiff's claims to both properties are subject to reservations in the U. S. Townsite Patent No. 59400 and statutory reservations.

The first-described real property is generally identified on attached Exhibit "1" as "Sheila Brena Property" and is specifically delineated on the plat attached hereto as Exhibit "2". The second-described ten-foot easement is identified on Exhibit "1" as "10' INGRESS/EGRESS/UTILITY EASEMENT."

E.   Plaintiff Brena has based her newly created metes and bounds legal description of both properties in paragraph D, in part, upon the actual recorded property boundaries of her adjacent landowners, including Defendant United States.  Plaintiff Brena recognizes that because her newly created metes and bounds legal description is based upon many different sources, the United States might claim an ownership interest in and to her property which is

adverse to her own interest.  The above-referenced action was intended to place the United States on notice of the newly created legal description, the circumstances giving rise to it and to seek Court confirmation that the United States has no right, title or interest in or to the newly identified parcel of real property.

       F.      The United States owns two separate parcels of real property adjacent to the parcel being owned by Plaintiff Brena as described above.  The property owned by the United States is legally described as follows:

> Parcel J
>
> A tract of land in amended U. S. Survey 13, Skagway Recording District, First Judicial District, State of Alaska, described as:
>
> BEGINNING at a point in Fifth Avenue that bears South 44° 50' East 225.40 feet from the intersection of the centerlines of Broadway and Fifth Avenue; thence from said point of beginning South 37° 07' 52" East 158.26 feet; thence North 45° 19' 20" East 133.39 feet; thence North 36° 07' 25" West 154.80 feet; thence South 47° 30' West 135.72 feet to the point of beginning.

The location of the above-described real property is identified on attached Exhibit "5" and is delineated as Parcel J.

      Parcel K

A tract of land in U.S. amended Survey 13, including Lot 3, Block 24, Skagway according to Plat 1, Skagway Recording District, First Judicial District, State of Alaska, described as:

> BEGINNING on the Southwest line of Sixth Avenue, Townsite of Skagway, extended 150.00 feet from the intersection of said line of Sixth Avenue with the Southeast line of Broadway, Townsite of Skagway, extended, run thence Southeasterly, on said line of Sixth Avenue, 75.00 feet; thence Southwest, at right angles, 100.00 feet; thence Southwest, parallel said Sixth Avenue line, 75.00 feet; thence Northeast 100.00 feet to the point of beginning.

The location of the above-described real property is identified on attached Exhibit "5" and is delineated as Parcel K.

G.      A potential conflict with the United States exists as to title of a portion of the easement area described in Paragraph D above, by virtue of the fact that there exists an overlap in the boundary lines of the United State's Parcel J and the adjacent parcel owned by Alaska Power Company, delineated on Exhibit 5 as Parcel I.  The overlap is delineated as the "APC Overlap" on the plat attached hereto as Exhibit "26".

H.      A second potential conflict with the United States exists as to title of a portion of the real property described in Paragraph D above by virtue of the fact that there is an overlap in the boundary lines of Parcel J and the adjacent parcel owned by Plaintiff Brena. Said overlap is delineated as the "Pullen Overlap" on the plat attached hereto as Exhibit "26", and is further disclosed by the deed recorded February 2, 1915 in Deed Book 9 at Page 246 in which J. Bernard Moore is the Grantor and H. S. Pullen is the Grantee, a copy of which is attached hereto as Exhibit "27".

The parties have, after negotiations, reached an agreement to settle the above-referenced claims between Plaintiff Sheila Brena and the Defendant United States.

# AGREEMENT

NOW THEREFORE, for and in consideration of the mutual covenants contained herein and the mutual benefits to be derived hereto, the sufficiency of which consideration is acknowledged, the parties hereby agree as follows:

1.  That a final judgment may be entered in this case as follows

A. Plaintiff Brena, her successors, assigns, agents, employees and attorneys, forever waive and discharge any and all claims, title, rights, and/or interests, in and to the properties described as follows:

Parcel J: A tract of land identified on attached Exhibit "5" and is delineated as Parcel J in amended U. S. Survey 13, Skagway Recording District, First Judicial District, State of Alaska, described as:

> BEGINNING at a point in Fifth Avenue that bears South 44° 50' East 225.40 feet from the intersection of the centerlines of Broadway and Fifth Avenue; thence from said point of beginning South 37° 07' 52" East 158.26 feet; thence North 45° 19' 20" East 133.39 feet; thence North 36° 07' 25" West 154.80 feet; thence South 47° 30' West 135.72 feet to the point of beginning.

Parcel K: A tract of land identified on attached Exhibit "5" and is delineated as Parcel K in U.S. amended Survey 13, including Lot 3, Block 24, Skagway according to Plat 1, Skagway Recording District, First Judicial District, State of Alaska, described as:

> BEGINNING on the Southwest line of Sixth Avenue, Townsite of Skagway, extended 150.00 feet from the intersection of said

line of Sixth Avenue with the Southeast line of Broadway,
Townsite of Skagway, extended, run thence Southeasterly, on
said line of Sixth Avenue, 75.00 feet; thence Southwest, at right
angles, 100.00 feet; thence Southwest, parallel said Sixth
Avenue line, 75.00 feet; thence Northeast 100.00 feet to the
point of beginning.

Plaintiff Brena, her successors, assigns, agents, employees and attorneys, hereby agree

to fully and also forever waive and discharge any and all claims, title, rights, and/or interests,

in and to the property set forth in the "APC Overlap" and the "Pullen Overlap" as depicted

on Exhibit "26" attached hereto.

B.   Except for those property interests retained or reserved on the face of U.S.

Townsite Patent No. 59400, dated May 4, 1909, or statutorily reserved, the United States

forever waives and discharges any and all claims, title, rights, and/or interests, in and to the

properties described as follows:

COMMENCING at the centerline intersection of Broadway
Street and Fifth Avenue; thence S 42° 45' 00" E 235.00 feet;
thence S 35° 00' 00" E 340.00 feet to a point on the Westerly
right-of-way limits of the Pacific & Arctic Railway &
Navigation Company railroad tracks, being 37.50 feet offset
from the centerline of said railroad tracks and being identical to
the Southeast corner of the William Moore tract as defined in
the Decree issued in Cause 73 of the United States District Court
for the District of Alaska, Division No. 1 on November 20,
1901, the same of which was recorded November 22, 1901 in
Miscellaneous Book 1 at Pages 129 through 134; thence along
aforementioned right-of-way limits N 40° 20' 17" E 162.20 feet
to a point on the Southwesterly boundary of the tract herein
described; thence S 49° 39' 43" E 1.00 foot to a point offset at
right angle 36.5 feet from the hereinbefore described railroad
centerline and being the point of beginning for this description;

thence continuing along said right-of-way N 40° 20' 17" E 342.28 feet to the Northeast corner of Tract E as denoted by the official Bureau of Land Management Townsite of Skagway Plat; thence departing aforementioned right-of-way limits along the common boundary of said Tract E and the Court House Reserve, N 45° 30' 00" W 143.41 feet; thence departing said common boundary S 44° 30' 00" W 120.00 feet; thence N 45° 30' 00" W 60.00 feet; thence S 44° 30' 00" W 60.00 feet; thence N 45° 30' 00" W 75.00 feet; thence S 44° 30' 00" W 121.00 feet to a point on the Northeast line of the tract conveyed to the United States of America by deed recorded December 19, 1977 in Book 2 at Page 569; thence along said boundary the following courses: S 36° 07' 25" E 130.62 feet; S 45° 19' 20" W 31.83 feet; thence departing said boundary along the Southwesterly limits of this tract S 49° 39' 43" E 175.30 feet to the true point and place of beginning.

Containing 75,867 square feet (1.74 acres), more or less.

Together with an easement ten (10) feet in width for ingress, egress and utilities across the following described tract of land in Amended U. S. Survey 13, Skagway Recording District, First Judicial District, State of Alaska, described as:
Commencing at the centerline intersection of Broadway Street and Fifth Avenue; thence S 44° 50' 00" E 225.40 feet; thence S 37° 07' 52" E 158.26 feet to the Southerly most corner of the tract of land conveyed to the United States of America by deed recorded December 19, 1977 in Book 2 at Page 569 being the point of beginning of this description; thence along the Southeast boundary of aforementioned deed, N 45° 19' 20" E 101.56 feet to a point on the Southwesterly boundary of a tract of land hereinbefore described; thence along said boundary S 49° 39' 43" E 10.04 feet; thence departing said boundary S 45° 19' 20" W 119.77 feet thence N 37° 31' 00" W 0.63 feet; thence N 44° 40' 40" W 9.37 feet; thence N 45° 19' 20" E 17.27 feet to the true point and place of beginning.

Containing 1,193 square feet (0.03 acre), more or less.

*Stipulation & Settlement Agreement*
Page 9 of 11

C.  Each party shall bear its own attorney's fees, costs and expenses.

2.  <u>Further Action</u>. Upon execution of this Agreement, the parties agree to jointly move for entry of judgment and dismissal in *Brena v. U.S.A.,* Case No. 1:05-cv-00018-JWS consistent with this Agreement.

3. <u>Entire Agreement</u>. The parties declare and represent that no promise, inducement or agreement not herein expressed has been made and that paragraphs 1 through 5 of this Agreement contains the entire agreement between the parties and that the terms of this Agreement are contractual and not a mere recital.  The purpose of this Agreement is to ensure the full, complete, and final resolution of the issues referenced above, and this document shall be construed to accomplish that purpose.

4. <u>Disclaimer</u>. The parties have carefully read the foregoing, discussed its legal effect with their attorneys, understand the contents thereof, and have signed the same of their own free will and accord. This Agreement shall inure to the benefit of and be binding upon the parties, their heirs, successors, personal representatives and assigns.

5.  <u>Counterparts</u>. For the convenience of the parties, this Agreement may be executed in one or more counterparts, each of which shall be deemed to be part of the original.

Dated this 1st day of June, 2007.

U.S. DEPARTMENT OF JUSTICE          BAXTER BRUCE & SULLIVAN, P.C.

BY: s/ Dean K. Dunsmore, Esq. (w/ consent)    BY: s/ Z. Kent Sullivan
Attorney for Defendant United States         Attorneys for Plaintiff Brena
801 B. Street, Suite 504                      P.O. Box 32819
Anchorage, Alaska 99501-3657                  Juneau, Alaska 99803
Ph:  (907) 271-5452                           Phone: (907) 789-3166
Fax: (907) 271-5827                           Fax: (907) 789-1913
E-mail: dean.dunsmore@usdoj.gov               E-mail: zsullivan@baxterbrucelaw.com


CERTIFICATE OF SERVICE

The undersigned hereby certified that on this 1st day of June, 2007, a true and correct copy of the foregoing joint status report was served upon the party indicated below electronically via CM/ECF:

> Dean K. Dunsmore, Esq.
> U.S. Department of Justice
> Environment & Natural Resources Division
> 801 B. Street, Suite 504
> Anchorage, Alaska 99501-3657
> Ph: (907) 271-5452
> Fax: (907) 271-5827
> dean.dunsmore@usdoj.gov
> Attorney for Defendant

> /s/ Z. Kent Sullivan
> Z. Kent Sullivan, ABA No. 0105038
> P.O. Box 32819
> Juneau, Alaska 99803
> Ph: (907) 789-3166
> Fax: (907) 789-1913
> zsullivan@baxterbrucelaw.com
> Attorneys for Plaintiff Brena

*Stipulation & Settlement Agreement*
Page 11 of 11