

Exhibit 1
Page 1 of 1