

Exhibit 26
Page 1 of 1