J. Bernard Moore           to           H. S. Pullen

THIS INDENTURE, made this 8th day of December 1914, BETWEEN J. Bernard Moore, of Victoria, B.C., the party of the first part, and H. S. Pullen, of the town of Skagway, Territory of Alaska, the party of the second part,

WITNESSETH: that the said party of the first part, for and in consideration of the sum of one dollar, lawful money to him in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, does by these presents Grant, Bargain, Sell, Convey, Confirm, and Warrant unto the said party of the second part, and to her heirs and assigns, the following described tract of land, situate, lying and being in the Town of Skagway, Territory of Alaska, and particularly described as follows, to-wit:

Beginning at Corner No.1, on the south side of Sixth Avenue in said Town of Skagway, and S.45 30' E.255.8ft. from the center line of Broadway; thence from said Corner No.1 along the south side line of Sixth Avenue S.45 30' E.134.0 feet, and along fence to Corner No.2; thence S.46 10' W along the Westerly Boundary of the H. S. Pullen tract, also along fence line 143.2 feet to Corner No.3; thence N.35 50' W. along the Northern Boundary line of the Minnie Moore tract, and also along the fence line 131.9 feet to Corner No.4; thence N.44 30' E. along the Westerly boundary line of the Peniel Mission property, also along fence line 121.0 feet, to Corner No.1, the place of beginning, as per the plat hereto attached and made a part of this deed.

Together with the appurtenances, to have and to hold the said premises with the appurtenances, unto the said party of the second part, and to her heirs and assigns forever.

And the said party of the first part, his heirs, executors, administrators and assigns, do by these presents covenant, grant and agree to and with the said party of the second part her heirs and assigns, that he, the said party of the first part, his heirs, executors, administrators, and assigns all and singular, the premises hereinabove conveyed, described and granted, or mentioned, with the appurtenances, unto the said party of the second part, her heirs and assigns, and against all and every person or persons whomsoever lawfully claiming or to claim the same or any part thereof shall and will WARRANT AND FOREVER DEFEND.

It is understood by and between the parties to this agreement that the above survey lines do not encroach upon or interfere with the adjoining property known as the Minnie Moore tract and that the old original Northerly line fence is the boundary line between the two properties.

IN WITNESS WHEREOF, the said party of the first part has hereunto set his hand and seal the day and year first above written.

                                                           J. Bernard Moore

Signed, Sealed and Delivered in the presence of      "Fifty Cents Documentary Revenue Stamp, H.S.P. Dec. 8. 1914."

C. Pentudor, Lysonia Blk, Victoria

P. A. Maskey, Seattle, Wash.

Exhibit 27
Page 1 of 2

AMERICAN CONSULATE
VICTORIA, B. C. CANADA

I HEREBY CERTIFY that J. Bernard Moore who is personally known to me, appeared before me and acknowledged to me that he is the person mentioned in the annexed instrument as the maker thereof, and whose name is subscribed thereto as party, that he knows the contents thereof, and that he executed the same voluntarily, and is of full age of twenty one years.

IN TESTIMONY whereof, I have hereunto set my hand and SEAL OF OFFICE, at Victoria B. C. this 8th day of December in the year of our Lord one thousand nine hundred and fourteen.

Abraham E. Smith,
American Consulate.                              American Consul in and for the Province of
 Stamp. Seal.                                    British Columbia.

                                                   Fee Stamp
                                                   $2.00
                                                   Dec. 8, 1914.

*[Sketch map: "H. S. Pullen Tract — TRACT DEEDED by J. BERNARD MOORE TO Mrs H. S. Pullen", bounded by Sixth Ave (Skagway), with bearings and distances noted; adjoining "Minnie Moore Tract"; surveyed by H. P. Du Bois, Surveyor, May 2, 1914.]*

Recorded February 2nd, 1915, at 15 minutes past 4 o'clock P. M.

                                                  Martin Conway
                                                  District Recorder Skagway District.

Exhibit 27
Page 2 of 2