Z. Kent Sullivan, Esq.
Baxter Bruce & Sullivan P.C.
P.O. Box 32819
Juneau, Alaska 99083
Ph:  (907) 789-3166
Fax: (907) 789-1913
zsullivan@baxterbrucelaw.com
Attorneys for Plaintiff Brena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHEILA BRENA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | NOTICE OF FILING OF |
| THE UNITED STATES OF AMERICA, ) | PROPOSED JUDGMENT |
| ) | |
| Defendants. ) | Case No. 1:05-CV-00018-JWS |
| ) | |

Pursuant to the JWS text order (Docket Entry No. 24), filed on June 4, 2007, the parties hereto have agreed to entry of the proposed judgment that is being lodged contemporaneous with this notice.

///

Dated this 2nd day of July, 2007.

                                              BAXTER BRUCE & SULLIVAN P.C.

                                        By: /s/ Z. Kent Sullivan
                                              Z. Kent Sullivan, ABA No. 0105038
                                              P.O. Box 32819
                                              Juneau, Alaska 99803
                                              Ph: (907) 789-3166
                                              Fax: (907) 789-1913
                                              zsullivan@baxterbrucelaw.com
                                              Attorneys for Plaintiff Brena

///

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this ____ day of June, 2007, a true and correct copy of the foregoing joint status report was served upon the party indicated below via:

Dean K. Dunsmore, Esq.
U.S. Department of Justice
Environment & Natural Resources Division
801 B. Street, Suite 504
Anchorage, Alaska 99501-3657
Ph:  (907) 271-5452
Fax: (907) 271-5827
dean.dunsmore@usdoj.gov
Attorney for Defendant
By:  ☒  Electronically via CM/ECF
      ☐  U.S. Mail
      ☐  Fax

      /s/ Z. Kent Sullivan
Z. Kent Sullivan, ABA No. 0105038
P.O. Box 32819
Juneau, Alaska 99803
Ph:  (907) 789-3166
Fax: (907) 789-1913
zsullivan@baxterbrucelaw.com
Attorneys for Plaintiff Brena