The Honorable John W. Sedwick
United States District Court Judge
222 West 7th Avenue, #32
Anchorage, Alaska 99513-7591
Ph: (907) 677-6251

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHEILA BRENA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | JUDGMENT (proposed) |
| ) | |
| Defendants. ) | Case No. 1:05-CV-00018-JWS |
| ) | |

Upon agreement of the parties, final judgment is entered in this case as follows:

A. Plaintiff Brena, her successors, assigns, agents, employees and attorneys, forever waive and discharge any and all claims, title, rights, and/or interests, in and to the properties described as follows:

Parcel J: A tract of land in amended U. S. Survey 13, Skagway Recording District, First Judicial District, State of Alaska, described as:

> BEGINNING at a point in Fifth Avenue that bears South 44° 50' East 225.40 feet from the intersection of the centerlines of Broadway and Fifth Avenue; thence from said point of beginning South 37° 07' 52" East 158.26 feet; thence North 45° 19' 20" East 133.39 feet; thence North 36° 07' 25" West 154.80 feet; thence South 47° 30' West 135.72 feet to the point of beginning.

*Judgment*
Page 1 of 5

The above-described real property is identified as Parcel J on Exhibit "5" of the amended complaint on file herein and also attached hereto.

Parcel K: A tract of land in U.S. amended Survey 13, including Lot 3, Block 24, Skagway according to Plat 1, Skagway Recording District, First Judicial District, State of Alaska, described as:

> BEGINNING on the Southwest line of Sixth Avenue, Townsite of Skagway, extended 150.00 feet from the intersection of said line of Sixth Avenue with the Southeast line of Broadway, Townsite of Skagway, extended, run thence Southeasterly, on said line of Sixth Avenue, 75.00 feet; thence Southwest, at right angles, 100.00 feet; thence Southwest, parallel said Sixth Avenue line, 75.00 feet; thence Northeast 100.00 feet to the point of beginning.

The above-described real property is identified as Parcel K on Exhibit "5" of the amended complaint on file herein and also attached hereto.

Plaintiff Brena, her successors, assigns, agents, employees and attorneys, agree to fully and forever waive and discharge any and all claims, title, rights, and/or interests, in and to the property set forth in the "APC Overlap" and the "Pullen Overlap" as depicted on Exhibit "26" of the amended complaint on file herein and also attached hereto.

B. Except for those property interests retained or reserved on the face of U.S. Townsite Patent No. 59400, dated May 4, 1909, or statutorily reserved, the United States forever waives and discharges any and all claims, title, rights, and/or interests, in and to the properties described as follows:

A certain tract or parcel of land lying and being situate within U. S. Survey 435, within Amended U. S. Survey 13, and within Tracts C and E of the Official Bureau of Land Management Townsite of Skagway Plat of U. S. Survey 435, Skagway Recording District, First Judicial District, State of Alaska, being more particularly described as follows:

COMMENCING at the centerline intersection of Broadway Street and Fifth Avenue; thence S 42° 45' 00" E 235.00 feet; thence S 35° 00' 00" E 340.00 feet to a point on the Westerly right-of-way limits of the Pacific & Arctic Railway & Navigation Company railroad tracks, being 37.50 feet offset from the centerline of said railroad tracks and being identical to the Southeast corner of the William Moore tract as defined in the Decree issued in Cause 73 of the United States District Court for the District of Alaska, Division No. 1 on November 20, 1901, the same of which was recorded November 22, 1901 in Miscellaneous Book 1 at Pages 129 through 134; thence along aforementioned right-of-way limits N 40° 20' 17" E 162.20 feet to a point on the Southwesterly boundary of the tract herein described; thence S 49° 39' 43" E 1.00 foot to a point offset at right angle 36.5 feet from the hereinbefore described railroad centerline and being the point of beginning for this description; thence continuing along said right-of-way N 40° 20' 17" E 342.28 feet to the Northeast corner of Tract E as denoted by the official Bureau of Land Management Townsite of Skagway Plat; thence departing aforementioned right-of-way limits along the common boundary of said Tract E and the Court House Reserve, N 45° 30' 00" W 143.41 feet; thence departing said common boundary S 44° 30' 00" W 120.00 feet; thence N 45° 30' 00" W 60.00 feet; thence S 44° 30' 00" W 60.00 feet; thence N 45° 30' 00" W 75.00 feet; thence S 44° 30' 00" W 121.00 feet to a point on the Northeast line of the tract conveyed to the United States of America by deed recorded December 19, 1977 in Book 2 at Page 569; thence along said boundary the following courses:  S 36° 07' 25" E 130.62 feet; S 45° 19' 20" W 31.83 feet; thence departing said boundary along the

    Southwesterly limits of this tract S 49° 39' 43" E 175.30 feet to the true point and place of beginning.

  Containing 75,867 square feet (1.74 acres), more or less.

    Together with an easement ten (10) feet in width for ingress, egress and utilities across the following described tract of land in Amended U. S. Survey 13, Skagway Recording District, First Judicial District, State of Alaska, described as:

    Commencing at the centerline intersection of Broadway Street and Fifth Avenue; thence S 44° 50' 00" E 225.40 feet; thence S 37° 07' 52" E 158.26 feet to the Southerly most corner of the tract of land conveyed to the United States of America by deed recorded December 19, 1977 in Book 2 at Page 569 being the point of beginning of this description; thence along the Southeast boundary of aforementioned deed, N 45° 19' 20" E 101.56 feet to a point on the Southwesterly boundary of a tract of land hereinbefore described; thence along said boundary S 49° 39' 43" E 10.04 feet; thence departing said boundary S 45° 19' 20" W 119.77 feet thence N 37° 31' 00" W 0.63 feet; thence N 44° 40' 40" W 9.37 feet; thence N 45° 19' 20" E 17.27 feet to the true point and place of beginning.

Containing 1,193 square feet (0.03 acre), more or less.

The above-described real property is generally identified on attached Exhibit "1" of the amended complaint on file herein and also attached hereto as the "Sheila Brena Property. This property is also specifically delineated on the plat attached to the amended complaint on file herein and also attached hereto as Exhibit "2".

    C.    Each party shall bear its own attorney's fees, costs and expenses.

*Judgment*
Page 4 of 5

Dated this _____ day of June, 2007.

							_____
							JOHN W. SEDWICK
							United States District Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this ___ day of _____, 2007, a true and correct copy of the foregoing was delivered to the party indicated below via:

| | |
|---|---|
| Z. Kent Sullivan, Esq. | Dean K. Dunsmore, Esq. |
| Baxter Bruce & Sullivan, P.C. | U.S. Department of Justice |
| P.O. Box 32819 | Environment & Natural Resources Division |
| Juneau, Alaska 99803 | 801 B. Street, Suite 504 |
| Ph: (907) 789-3166 | Anchorage, Alaska 99501-3657 |
| Fax (907) 789-1913 | Ph: (907) 271-5452 |
| zsullivan@baxterbrucelaw.com | Fax: (907) 271-5827 |
| Attorneys for Plaintiff Brena | dean.dunsmore@usdoj.gov |
| By: ☒ Electronically via CM/ECF | Attorney for Defendants |
| ☐ U.S. Mail | By: ☒ Electronically via CM/ECF |
| ☐ Fax | ☐ U.S. Mail |
| | ☐ Fax |

							By_____
							Assistant to Judge

*Judgment*
Page 5 of 5