EXHIBIT 1
BRENA TRACT BOUNDARY