EXHIBIT 5

BRENA TRACT BOUNDARY