

EXHIBIT 26