EXHIBIT 1
BRENA TRACT BOUNDARY

10' INGRESS/EGRESS/UTILITY EASEMENT

ALASKA POWER COMPANY

PARK SERVICE

SHEILA BRENA PROPERTY

PACIFIC & ARCTIC RAILWAY

CITY OF SKAGWAY

PARK SERVICE

CITY OF SKAGWAY

SIXTH    CITY OF SKAGWAY

CITY OF SKAGWAY

CITY OF SKAGWAY COURT HOUSE RESERVE

FOURTH
FIFTH
SEVENTH
EIGHTH
BROADWAY

25
23
22

SYMBOLS

BRENA
CITY OF SKAGWAY
SEA-PARK SERVICE
ALASKA POWER CO.
PARK CO.

R&M ENGINEERING, INC.